ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
RECEIVED _____ COPY

MAY 2 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

18 - 0 3 0 9 1 M J

~~18 - 03090 M B~~

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **MOTION TO SEAL COMPLAINT** |
| vs. | |
| Joshua Joel Pratchard, | |
| Defendant. | (UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing the Complaint, Arrest Warrant, this Motion to Seal, and the Order to Seal for the reason that the defendant is unaware of this investigation, until further Order of the Court.

Respectfully submitted this 25th day of May, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BEVERLY K. ANDERSON
Assistant U.S. Attorney