| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joshua Joel PRATCHARD**<br>XX/XX/1980 | DOCKET NO.<br>SEALED<br><br>MAGISTRATE'S CASE NO.<br>18-03091MJ |

Complaint for violation of Title 18, United States Code §§ 922(g)(1) and 922(a)(5)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about April 14, 2018, at or near Tucson, in the District of Arizona, **JOSHUA JOEL PRATCHARD**, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year; that is: Assault Resulting in Serious Bodily Injury, in Federal District Court in the Northern District of California, case number CR-08-00553-001 MMC, on or about October 21, 2009, and a Violation of the UCMJ Article 134 Unlawful Use and Distribution of Methylenedioxymethamphetamine (ecstasy) under a General Court Martial, case number NMCCA, on or about April 9, 2002, did knowingly possess a firearm, that is a 9mm short-barrel rifle, said firearm being in and affecting commerce in that it was transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**Count 2:** On or about April 14, 2018, at or near Tucson, in the District of Arizona, **JOSHUA JOEL PRATCHARD**, who was not licensed to deal, import, manufacture, or collect firearms, did willfully transfer and sell to another individual, who also was not licensed to deal, import, manufacture, or collect firearm, a firearm, knowing or having reasonable cause to believe that the person receiving the firearm resided in a state other than **PRATCHARD** did, in violation of Title 18, United States Code, Section 922(a)(5).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 14, 2018, near Tucson, Arizona **JOSHUA JOEL PRATCHARD**, who has previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is Assault Resulting in Serious Bodily Injury, in Federal District Court in the Northern District of California, case number CR-08-00553-001 MMC, on or about October 21, 2009, and a Violation of the UCMJ Article 134 Unlawful Use and Distribution of Methylenedioxymethamphetamine (ecstasy) under a General Court Martial, case number NMCCA, on or about April 9, 2002, knowingly possessed a firearm which was transported into the state of Arizona from another state. An ATF firearms interstate nexus expert confirmed that there was no record of the firearm. ~~Agents believe the serial number of the firearm PRATCHARD possessed is fake~~. Investigation has revealed that the firearm was manufactured in California, where **PRATCHARD** lives, and transported into the state of Arizona by **PRATCHARD**, thereby affecting interstate or foreign commerce. Investigators were unable to locate any documents which indicated that **PRATCHARD** had applied for or had his civil rights restored. Furthermore, on April 14, 2018, **PRATCHARD**, who was not licensed to deal, import, manufacture or collect firearms, willfully transferred, sold, traded, gave, transported or delivered a firearm to another individual, who also was not licensed to deal, import, manufacture or collect firearms. The individual receiving the firearm resided in a state other than **PRATCHARD**.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Beverly K. Anderson | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>FBI Special Agent Ryan T. McGee |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Leslie A. Bowman* | DATE<br>May 25, 2018 |
|---|---|

[1)] See Federal rules of Criminal Procedure Rules 3 and 54