UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

   JUN - 8 2018

CLERK US DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States of America,
PLAINTIFF,

vs.

Joshua Joel Pratchard,
DEFENDANT.

18-mj-03091-TUC (EJM)

**WITNESS LIST**

| PRESIDING MAGISTRATE<br>Honorable Eric J. Markovich | COURTROOM DEPUTY<br>Sara Jones | COURT REPORTER<br>Courtsmart |
|---|---|---|
| **HEARING** DATE(S)<br>June 8, 2018 | PLAINTIFF ATTORNEY(S)<br>Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY<br>Jay A. Marble, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 |  | 6/8/2018 | 6/8/2018 | FBI Special Agent Ryan McGee |  |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 |  |  |  |  |  |