UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



United States of America,
    PLAINTIFF,

18-mj-03091-TUC (EJM)

vs.

**EXHIBIT LIST**

Joshua Joel Pratchard,
    DEFENDANT.

| PRESIDING MAGISTRATE Honorable Eric J. Markovich | COURTROOM DEPUTY Sara Jones | COURT REPORTER Courtsmart |
|---|---|---|
| **Hearing**/TRIAL DATE(S) June 8, 2018 | PLAINTIFF ATTORNEY(S) Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY(S) Jay A. Marble, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 |  | 6/8/18 | Military file for Joshua Pratchard |
| 2 |  | 6/8/2018 | National Park Service criminal incident record – 10/13/07 |
| 3 |  | 6/8/2018 | Indictment – United States v. Joshua Pratchard; CR-08-0553; filed 8/19/08; United States District Court Northern District of California |
| 4 |  | 6/8/2018 | Judgement- United States v. Joshua Pratchard; CR-08-0553; 10/23/09 |
| 5 |  | 6/8/2018 | San Diego Regional Arrest Contact Report; 3/9/14; Joshua Pratchard |
| 6 |  | 6/8/2018 | Photographs of Joshua Pratchard |
| 7 |  | 6/8/2018 | Firearm sold by Joshua Pratchard to source on 4/14/18 |
| 8 |  | 6/8/2018 | Firearm sold by Joshua Pratchard to source on 5/30/18 |
| 9 |  | 6/8/2018 | Photograph of vehicle driven by Joshua Pratchard on date of arrest |
| 10 |  | 6/8/2018 | Photograph of vehicle driven by Joshua Pratchard on date of arrest |
| 11 |  | 6/8/2018 | Photograph of license plates found in Pratchard vehicle |
| 12 |  | 6/8/2018 | Fully loaded magazines found in Pratchard vehicle |
| 13 |  | 6/8/2018 | Fully loaded magazines found in Pratchard vehicle |
| 14 |  | 6/8/2018 | Handgun found in Pratchard vehicle |
| 15 |  | 6/8/2018 | Handgun found in Pratchard vehicle |
| 16 |  | 6/8/2018 | Handgun found in Pratchard vehicle |
| 17 |  | 6/8/2018 | Drop holster and 9 round magazine found in Pratchard vehicle |

1

| | | | CR | *pg. 2* |
|---|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBIT | |
| 18 | | 6/8/2018 | Tactical vest plate found in Pratchard vehicle | |
| 19 | | 6/8/2018 | Items found in tactical vest including magazines found in Pratchard vehicle | |
| 20 | | 6/8/2018 | Lockbox in bed of Pratchard truck | |
| 21 | | 6/8/2018 | Black soft case found in Pratchard truck- displaying 1 of 2 firearms | |
| 22 | | 6/8/2018 | Black soft case found in Pratchard truck – displaying 2 of 2 firearms | |
| 23 | | 6/8/2018 | First rifle found in black soft case – Pratchard truck | |
| 24 | | 6/8/2018 | Second rifle found in black soft case- Pratchard truck | |
| 25 | | 6/8/2018 | Rifle found in Pratchard vehicle | |
| 26 | | 6/8/2018 | Rifle in Pratchard vehicle – chambered for specific type of ammo | |
| 27 | | 6/8/2018 | Rifle case and magazines found in Pratchard vehicle | |
| 28 | | 6/8/2018 | Photograph of machinery found during search warrant of Pratchard apartment in San Diego – 6/1/18 | |
| 29 | | 6/8/2018 | Transcript of consensual monitoring conversation with Pratchard 4/26/18 – 4/28/18 and 4/10/18 – 4/14/18 | |
| 30 | | 6/8/2018 | Evidence recovery log from 6/1/18 search of Pratchard ~~vehicle~~ apartment | |