# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

JOSHUA JOEL PRATCHARD

# DEFENDANT'S EXHIBIT LIST

Case No. 18-03091M (JR)

FILED ✓   LODGED ___
RECEIVED ___ COPY ___
June 8 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

| PRESIDING JUDGE<br>Hon. Eric J. Markovich | COURTROOM DEPUTY<br>Sara Jones | COURT REPORTER<br>Courtsmart |
|---|---|---|
| HEARING DATE(S)<br>June 8, 2018 | PLAINTIFF ATTORNEY<br>Beverly Anderson,<br>Assistant United States Attorney | DEFENDANT ATTORNEY(S)<br>Jay A. Marble,<br>Assistant Federal Public Defender |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 050 | 06-08-2018 ✓ | United States Pretrial Services Report |
| | 051 | 06-08-2018 ✓ | Letter of Recommendation from David V. Hiden, Jr. |
| | 052 | 06-08-2018 ✓ | Compact disc of YouTube videos regarding Second Chance Fields |