**FILED**

**2018 JUN 27  PM 3: 28**

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1
2
3
4
5
6
7

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

CR18 - 1256TUC^(JHB)(JR)

8      IN THE UNITED STATES DISTRICT COURT

9      FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 10  United States of America, | |
| 11              Plaintiff, | **I N D I C T M E N T** |
| 12   vs. | Violations: |
| 13  Joshua Joel Pratchard, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of a Firearm<br>by Convicted Felon)<br>Counts 1, 3, 5, 6 |
| 14              Defendant. | |
| 15 | 18 U.S.C §§ 922(a)(5) and 924(a)(1)(D)<br>(Transferring a Firearm to an Out-of-State<br>Resident)<br>Counts 2, 4 |
| 16 | |
| 17 | |
| 18 | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

19

20     **THE GRAND JURY CHARGES:**

21                              <u>**COUNT 1**</u>

22         On or about April 14, 2018, at or near Tucson, in the District of Arizona, the

23 defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes

24 punishable by imprisonment for a term exceeding one year, did knowingly possess a

25 firearm; that is, a 9mm firearm, serial number SD071082, with additional markings "SD

26 Tactical, Pacific Beach, CA, AR-9"; said firearm being in and affecting commerce in that

27 it was previously transported into the State of Arizona from another state or foreign

28 country;

         In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 2**

On or about April 14, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully sell a firearm, that is, a 9mm firearm, serial number SD071082, with additional markings "SD Tactical, Pacific Beach, CA, AR-9"; to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State in which the defendant was residing at the time of the aforesaid sale of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

**COUNT 3**

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, one .300 caliber rifle with no serial number and; 7.62 x 35mm ammunition; said firearm and ammunition being in and affecting commerce in that they were previously transported into the State of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 4**

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully sell a firearm, that is, a .300 caliber rifle with no serial number, to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and

1  knowing and with reasonable cause to believe that said person was not then residing in the

2  State in which the defendant was residing at the time of the aforesaid sale of the firearm.

3       In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

4  ## COUNT 5

5       On or about June 1, 2018, at or near Tucson, in the District of Arizona, defendant,

6  JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable

7  by imprisonment for a term exceeding one year, did knowingly possess firearms and

8  ammunition, that is: one .45 caliber handgun, serial number SD012916, with additional

9  markings "SD Tactical Pacific Beach, CA, 1911 A1"; one .300 caliber AR style rifle with

10  no serial number, with additional markings "300 Blackout"; one .223 caliber AR style rifle

11  with no serial number; .45 caliber ammunition; 7.62 x 35mm ammunition; and .223 caliber

12  ammunition; said firearms and ammunition being in and affecting commerce in that they

13  were previously transported into the State of Arizona from another state or foreign country;

14       In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

15  ## COUNT 6

16       Between on or about May 30, 2018, to June 1, 2018, at or near Tucson, in the District

17  of Arizona, defendant, JOSHUA JOEL PRATCHARD, having been previously convicted

18  of crimes punishable by imprisonment for a term exceeding one year, did knowingly

19  possess a firearm and ammunition, that is: one .45 caliber handgun, serial number

20  SD990809, with additional markings "SD Tactical Pacific Beach, CA 1911 Ultra 45";

21  .223/5.56 mm ammunition; 7.62 x 35mm ammunition; and .45 caliber ammunition; said

22  firearm and ammunition being in and affecting commerce in that they were previously

23  transported into the State of Arizona from another state or foreign country;

24       In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

25  ## FORFEITURE ALLEGATION

26       Upon conviction of Counts One through Six of the Indictment, the Defendant,

27  JOSHUA JOEL PRATCHARD, shall forfeit to the United States pursuant to Title 18,

28  United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any

1   firearms and ammunition involved in the commission of the offense. The firearms and
2   ammunition to be forfeited include, but are not limited to: one 9mm firearm, serial number
3   SD071082, with additional markings "SD Tactical, Pacific Beach, CA, AR-9"; one .300
4   caliber rifle with no serial number; approximately 400 rounds of 7.62 x 35 mm
5   ammunition; one .45 caliber handgun, serial number SD012916, with additional markings
6   "SD Tactical Pacific Beach, CA, 1911 A1";  one .300 caliber AR style rifle with no serial
7   number, with additional markings "300 Blackout"; one .223 caliber AR style rifle, no serial
8   number; approximately 51 rounds of .45 caliber ammunition; approximately 119 rounds of
9   .7.62 x 35 mm ammunition; approximately 120 rounds of .223 caliber ammunition; one .45
10  caliber handgun, serial number SD990809, with additional markings "SD Tactical Pacific
11  Beach, CA 1911 Ultra 45"; approximately 106 rounds of .223/5.56 mm ammunition;
12  approximately two rounds of 7.62 x 35 mm ammunition; and seven rounds of .45 caliber
13  ammunition rounds.
14          If any of the property described above, as a result of any act or omission of the
15  defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred
16  or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of
17  the court; d) has been substantially diminished in value; or e) has been commingled with
18  other property which cannot be divided without difficulty, it is the intent of the United
19  States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title
20  28, United States Code, Section 2461(c), to seek forfeiture of any other property of said
21  defendant up to the value of the above forfeitable property, including, but not limited to,
22  all property, both real and personal, owned by the defendant.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*United States of America v. Joshua Joel Pratchard*
*Indictment Page 4 of 5*

1

2      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

3      Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

4                                          A TRUE BILL

5

6                                          / S /

7      _____

8                                          Presiding Juror

9

ELIZABETH A. STRANGE

10     First Assistant United States Attorney

11     District of Arizona

12         / S /

13     Beverly K. Anderson,
       Assistant U.S. Attorney

14     Dated:  June 27, 2018

15                                                      REDACTED FOR
                                                        PUBLIC DISCLOSURE
16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Joshua Joel Pratchard*
*Indictment Page 5 of 5*