State of Califc
Department of Jus
Bureau of Firea

# Dealer's Record of Sale of Firearm

DROS NUMBER: 07897-01548

STATUS: APPROVE

TRANSACTION DATE/TIME: 08/14/2016 04:37:45 PM
EARLIEST DELIVERY DATE/TIME: 08/24/2016 04:37:45 PM
LATEST DELIVERY DATE/TIME: 09/13/2016 04:37:45 PM

DELIVERY DATE/TIME: 09/11/2016 07:25:27
DELIVERED BY: DARRYL GAYAG

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX | |
|---|---|---|---|---|---|---|---|---|
| MELISSA RAE | | ANNETTE | | PRATCHARD | | | | |
| ALIAS FIRST NAME | | ALIAS MIDDLE NAME | | ALIAS LAST NAME | | | ALIAS SUFFIX | |
| STREET ADDRESS<br>4818 INGRAHAM ST | | CITY<br>SAN DIEGO | | STATE<br>CA | ZIP<br>92109 | | TELEPHONE<br>(310) 923-5915 | |
| ID TYPE<br>CALIFORNIA DL | ID NUMBER<br>F1859737 | GENDER<br>FEMALE | RACE<br>WHITE | EYE COLOR<br>BROWN | | HAIR COLOR<br>BLONDE | HEIGHT<br>5 FT 06 IN | WEIG<br>128 |
| DATE OF BIRTH<br>07/10/1982 | | PLACE OF BIRTH<br>WASHINGTON | | | | | U.S. CITIZEN<br>YES | |
| FSC NUMBER<br>1801052 | | | | | | | | |

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| SMITH & WESSON | | 442-2 (INTLOCK)SKU162810A | | 38 |
| SERIAL NUMBER<br>CYS9449 | OTHER NUMBER | TYPE<br>HANDGUN | | CATEGORY<br>REVOLVER |
| COLOR<br>BLACK | BARREL LENGTH<br>1.88 IN | FRAME/RECEIVER ONLY<br>NO | NEW/USED<br>NEW | FSD COMPLIANCE<br>OEM |
| MATERIAL<br>ALUM ALLOY; STL | COMMENT | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EXEMPTION |
|---|---|---|
| DEALER HANDGUN | NO | NO |
| WAITING PERIOD EXEMPTION TYPE<br>NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | PURCHASER'S RIGHT THUMB P<br>9/11/16 |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA , 92110

| DROS ENTERED BY | *Salesperson's Signature* | DEALERSHIP TELEPHONE |
|---|---|---|
| ESTELA, RICHARD | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | COE# |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting an Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, disposition ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms reporting forms, please visit the Attorney General's website at oag.ca.gov/firearms.

DATE PRINTED 9/11/2016 7:25:32 PM

Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Ticket#531388 Cus#F1869737 Sep 11 16
Usr DG Slp AAR Rg# 12 Dr# 12 Time 07:25

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 206022 | 1 * | 389.95 | 389.95 |
| S&W 442 38SPL MATTE BLU | | | |
| 162810 | USA | | |
| Serial-#'s CYS9449 | | | |
| DROS | 1 | 25.00 | 25.00 |
| CA DEALERS RECORD OF SALE | | | |
| MANDATORY FEE (COMPOSITE) | | | |
| 306951 | 2 * | 15.95 | 31.90 |
| MAGTECH 38SPL 158GR FMC | | | |
| 38P | | | |

| | |
|---|---|
| Subtotal | 446.85 |
| Tax | 33.75 |
| Total sale | 480.60 |
| Deposit applied from Order #106376 | 480.60 |

PRATCHARD, MELISSA RAE A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109



DISCOUNT GUN MART
& INDOOR RANGE

1510 Morena Blvd Suite F
San Diego, CA 92110
(619) 276-8730
www.discountgunmart.com
E-mail: prostaff@discountgunmart.com

Open 7 Days/Week
Sun-Thurs 10-9
Fri 10-10 Sat 9-10

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 1285 187021 | 1 | 399.99 | 399.99 |
| S&W M&P SHIELD 9MM 8RD | | | |
| 187021 USA | | | |
| DOJ | 1 | 25.00 | 25.00 |
| CA DROS Processing Fee | | | |
| FALD | 1 | 1.00 | 1.00 |
| F.A.L.D. FEE -- $1 PER | | | |
| Subtotal | | | 425.99 |
| Tax | | | 32.00 |
| Total sale | | | 457.99 |
| Cash | | | 60.00 |
| Deposit Rec'd | | | 60.00 |
| Balance due | | | 397.99 |

PRATCHARD, MELISSA RAE A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109
310 923 5915

I have received a copy of the Discount Gun Mart Sales, Warranty and Layaway Policy and I agree to it. Firearm title and ownership does not transfer until account is paid in full. If this is a credit card transaction, I agree to pay

cy

anufacturer. Discount Gun
: IMPLIED, AS TO NEW
aser, DGM will act as the
: customer. This includes
's warranty station, at our
rer's warranty. DGM will
ifacturer's warranty or for one year
KES NO OTHER WARRANTY,
IMITED TO ANY WARRANTY
OF FITNESS FOR A PARTICU-

M will be repaired for mechanical
owing date of sale subject to the
sively to repair or replacement (at
o contain defects in materials or
lacement only if notified in writing
period and within thirty (30) days
known to the purchaser, and the
nsportation charges to DGM shall
not apply to any damages to the
nt, alterations or repairs made by
EXPRESSLY IN LIEU OF ANY
R STATUTORY, INCLUDING
FITNESS FOR A PARTICULAR
N FUNCTIONING WITH ANY
TION). THE REMEDIES SET
VE REMEDIES OF ANY PUR-
Y SPECIAL, INCIDENTAL OR

e (DROS) processing fee is not
er before submission of DROS to
to pay costs incurred by DGM to

canceled by Department of Justice
ser, a $35.00 cancellation fee will

(layaway/warranty p01 2.2)



DISCOUNT GUN MART
& INDOOR RANGE

Oshin

1510 Morena Blvd Suite F
San Diego, CA 92110
(619) 276-8730
www.discountgunmart.com
E-mail: prostaff@discountgunmart.com

Open 7 Days/Week
Sun-Thurs 10-9
Fri 10-10 Sat 9-10

AT DISCOUNT GUN MART

Layaway: 507609 Store: 1
Register: 101
Date: 11/18/16 12:35:51 PM
Clerk: OSHIN M
Salesperson: OSHIN M
Customer:
MELISSA RAE A PRATCHARD
PRATCHARD, MELISSA RAE A.
4818 INGRAHAM ST
SAN DIEGO ,CA 92109

| Item | Price | Qty | Total |
|---|---|---|---|
| 18301943 C11447 | | | |
| USED MOSSBERG 500 | | | |
| | $389.99 | 1.00 | $389.99 |
| 18240269 DROS | | | |
| CA DEALERS RECORD OF SALE | | | |
| | $25.00 | 1.00 | $25.00 |

| | |
|---|---|
| Total Units | 2.00 |
| Subtotal | 414.99 |
| Tax! | 31.20 |
| Total Due | 226.39 |
| Total | 446.19 |

11/18/2016 MASTER CAR $220.00
Card: XXXXXXXXXXXX5905 Auth: [illegible]

| | |
|---|---|
| Entry Legend | CHIP READ |
| Entry Method | CONTACT |
| Approval Code | 0 2540 |
| AC | 304A00C447A 1B[illegible] |
| AIC | 0000 |
| AID | A0000000041010 |
| AID NAME | CAPITAL ONE |
| TVR | 0000008000 |
| TSI | E800 |
| Resp CD | 00 |
| TRN REF # | MWE[illegible]11118 |

Balance Due $226.19
This receipt expires on 12/18/2016

aser agrees to be bound by this amount posted to purchasers

a longer term has been agreed right to require a shorter period,

nt regular payments are necessary. To (30) days from date of sale must have voice on deposit. Any unpaid layaway iave a total of sixty percent (60%) of be completed within ninety (90) days n these terms are considered inactive.

M may at its option, cancel the layaway J.S. Mail to the purchaser's last known v will be applicable.

-special order) is canceled by DGM or ellation fees apply. All dates noted are not apply if the purchaser's full deposit r value of original total purchase. On on fees will be greater than listed here

$35.00
$40.00
$50. 00
$50.00 **or** 20% of total sale
whichever is greater

**undable DOJ processing fee.**

urchases; and agrees that DGM retains hip of merchandise does not transfer to full.

# OU FOR
# NG AT
# UN MART



State of Cali
Department of Ju
Bureau of Fire

# Dealer's Record of Sale of Firearm - Purchaser Copy

DROS NUMBER: 07993-02008

TRANSACTION DATE/TIME: 11/18/2016 12:51:49 PM
EARLIEST DELIVERY DATE/TIME: 11/28/2016 12:51:49 PM
LATEST DELIVERY DATE/TIME: 12/18/2016 12:51:49 PM

DELIVERY DATE/TIME: 11/30/2016 02:04:58
DELIVERED BY: MICHEL N

## PURCHASER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| MELISSA RAE | ANNETTE | PRATCHARD | |
| ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS LAST NAME | ALIAS SUFFIX |

| STREET ADDRESS | | CITY | | STATE | ZIP | | TELEPHONE |
|---|---|---|---|---|---|---|---|
| 4818 INGRAHAM ST | | SAN DIEGO | | CA | 92109 | | (310) 923-5915 |
| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | | HAIR COLOR | HEIGHT / WEI |
| CALIFORNIA DL | F1859737 | FEMALE | WHITE | BROWN | | BLONDE | 5 FT 06 IN / 125 |
| DATE OF BIRTH | | PLACE OF BIRTH | | | | | U.S. CITIZEN |
| 07/10/1982 | | WASHINGTON | | | | | YES |

FSC NUMBER
1801052

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NC |
| Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? | NC |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NC |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NC |

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| MOSSBERG, O.F., & SONS | | 500A | | 12 |
| SERIAL NUMBER | OTHER NUMBER | TYPE | | CATEGORY |
| T330158 | | SHOTGUN | | PUMP ACTION |
| COLOR | BARREL LENGTH | FRAME/RECEIVER ONLY | NEW/USED | FSD COMPLIANCE |
| BLACK | 18.5 IN | NO | USED | SAFE AFFIDAVIT |
| COMMENT | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EXEMPTIC |
|---|---|---|
| PRIVATE PARTY TRANSFER LONG GUN | NO | N/A |
| WAITING PERIOD EXEMPTION TYPE<br>NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | PURCHASER'S RIGHT THUMB |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA, 92110

| DROS ENTERED BY | ***Salesperson's Signature*** | DEALERSHIP TELEPHONE |
|---|---|---|
| MARKSIAN, OSHIN | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | COE# |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting an Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, dispositic ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms reporti forms, please visit the Attorney General's website at oag.ca.gov/firearms.

DATE PRINTED: 11/30/2016 2:05:22 PM



State of C
Department of
Bureau of F

# Dealer's Record of Sale of Firearm - Purchaser Copy

DROS NUMBER: 07993-02008
TRANSACTION DATE/TIME: 11/18/2016 12:51:49 PM
EARLIEST DELIVERY DATE/TIME: 11/28/2016 12:51:49 PM
LATEST DELIVERY DATE/TIME: 12/18/2016 12:51:49 PM

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| MELISSA RAE | | ANNETTE | | PRATCHARD | | | |
| ALIAS FIRST NAME | | ALIAS MIDDLE NAME | | ALIAS LAST NAME | | | ALIAS SUFFI |
| STREET ADDRESS<br>4818 INGRAHAM ST | | CITY<br>SAN DIEGO | | STATE<br>CA | ZIP<br>92109 | | TELEPHONE<br>(310) 923-5915 |
| ID TYPE<br>CALIFORNIA DL | ID NUMBER<br>F1859737 | GENDER<br>FEMALE | RACE<br>WHITE | EYE COLOR<br>BROWN | | HAIR COLOR<br>BLONDE | HEIGHT 5 FT 06 IN / WE 125 |
| DATE OF BIRTH<br>07/10/1982 | | PLACE OF BIRTH<br>WASHINGTON | | | | | U.S. CITIZEN<br>YES |
| FSC NUMBER<br>1801052 | | | | | | | |

| Question | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | N |
| Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? | N |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | N |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | N |

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| MOSSBERG, O.F., & SONS | | 500A | | 12 |
| SERIAL NUMBER<br>T330158 | OTHER NUMBER | TYPE<br>SHOTGUN | | CATEGORY<br>PUMP ACTION |
| COLOR<br>BLACK | BARREL LENGTH<br>18.5 IN | FRAME/RECEIVER ONLY<br>NO | NEW/USED<br>USED | FSD COMPLIANCE<br>SAFE AFFIDAVIT |
| COMMENT | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EXEMPTI |
|---|---|---|
| PRIVATE PARTY TRANSFER LONG GUN | NO | N/A |
| WAITING PERIOD EXEMPTION TYPE<br>NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | PURCHASER'S RIGHT THUMI |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA, 92110

| DROS ENTERED BY | ***Salesperson's Signature*** | DEALERSHIP TELEPHONI |
|---|---|---|
| MARKSIAN, OSHIN | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | COE# |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting ar Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, disposit ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms repor forms, please visit the Attorney General's website at oag.ca.gov/firearms.

DATE PRINTED: 11/18/2016 12:51:51 PM

[illegible] Mart/Morena
[illegible] Range
[illegible] Morena Blvd Suite F
[illegible] Diego, CA 92110
619-276-8730

[illegible] #1859737 Dec 15 15
[illegible] Dr# 12 Time 01:36

| Item | Qty | Price | Ext |
|---|---|---|---|
| [illegible] | 1 | 399.99 | 399.99 |
| [illegible] | | | |
| [illegible] | 1 | 25.00 | 25.00 |
| [illegible] Processing Fee | | | |
| [illegible] | 1 | 1.00 | 1.00 |
| [illegible] $1 PER | | | |

Subtotal 425.99
Tax 32.00

Total sale 457.99

[illegible] Rec'd 457.99

[illegible] .00

[illegible]
[illegible] INGRAHAM ST
[illegible] DIEGO, CA 92109
[illegible] 5915

[illegible] Mart/Morena
[illegible] Range
[illegible] Morena Blvd Suite F
[illegible] Diego, CA 92110
619-276-8730

[illegible] #1859737 Dec 2[illegible]
[illegible] Dr# 13 Time 14:[illegible]

Amount
[illegible] 397.[illegible]
[illegible] INGRAHAM ST
[illegible] DIEGO, CA 92109

[illegible] # 102495

[illegible] .00

Cash 397.[illegible]



S
Depa
Bu

# Dealer's Record of Sale of Firearm

**DROS NUMBER: 07668-01921** **STATUS:**

TRANSACTION DATE/TIME: 12/29/2015 02:09:25 PM
EARLIEST DELIVERY DATE/TIME: 01/08/2016 02:09:25 PM
LATEST DELIVERY DATE/TIME: 01/28/2016 02:09:25 PM

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFF |
|---|---|---|---|---|---|---|---|
| MELISSA RAE | | ANNETTE | | PRATCHARD | | | |
| **ALIAS FIRST NAME** | | **ALIAS MIDDLE NAME** | | **ALIAS LAST NAME** | | | **ALIAS** |
| | | | | | | | |
| **STREET ADDRESS** | | **CITY** | | **STATE** | **ZIP** | | **TELE** |
| 4818 INGRAHAM ST | | SAN DIEGO | | CA | 92109 | | (310) 9 |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | | **HAIR COLOR** | **HEIGH** |
| CALIFORNIA DL | F1859737 | FEMALE | WHITE | BROWN | | BLONDE | 5 FT |
| **DATE OF BIRTH** | | **PLACE OF BIRTH** | | | | | **U.S. C** |
| 07/10/1982 | | WASHINGTON | | | | | YES |

**HSC/FSC NUMBER**
1801052

Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years?

Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who h been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within t past five years?

Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompete to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103?

Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380?

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| SMITH & WESSON | | M&P9 SHIELD(BLK)SKU187021 | | 9 |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | | **CATEGORY** |
| HLP6955 | | HANDGUN | | SEMI-AUTOMATIC |
| **COLOR** | **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED** | **FSD COMPLIANCE** |
| BLACK | 3.0 IN | NO | NEW | OEM |
| **MATERIAL** | **COMMENT** | | | |
| STNLS STL; PLY | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EX |
|---|---|---|
| DEALER HANDGUN | NO | NO |
| **WAITING PERIOD EXEMPTION TYPE** | | |
| NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | **PURCHASER'S RIGHT** |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA, 92110

| DROS ENTERED BY | *Salesperson's Signature* | DEALERSHIP TELEF |
|---|---|---|
| FANKHAUSER, GARRETT | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | **COE#** |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submi Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearm forms, please visit the Attorney General's website at oag.ca.gov/firearms.

DATE PRINTED: 12/29/2015, 2:09:27 PM

Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Ticket#488270 Cus#F1859737 Jan 08 16
Usr GLF Slp AAR Rg# 12 Dr# 12 Time 04:36

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 1285-187021 | 1 | 399.99 | 399.99 |
| S&W M&P SHIELD 9MM 8RD | | | |
| 187021 USA | | | |
| Serial #'s HLP6955 | | | |
| DOJ | 1 | 25.00 | 25.00 |
| CA DROS Processing Fee | | | |
| FALD | 1 | 1.00 | 1.00 |
| F.A.L.D. FEE -- $1 PER | | | |

| | |
|---|---|
| Subtotal | 425.99 |
| Tax | 32.00 |
| Total sale | 457.99 |
| Deposit applied from Order #102495 | 457.99 |

PRATCHARD, MELISSA RAE A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109



Stat
Departm
Bure

# Dealer's Record of Sale of Firearm

DROS NUMBER: 07668-01921

STATUS: APP

TRANSACTION DATE/TIME: 12/29/2015 02:09:25 PM
EARLIEST DELIVERY DATE/TIME: 01/08/2016 02:09:25 PM
LATEST DELIVERY DATE/TIME: 01/28/2016 02:09:25 PM

DELIVERY DATE/TIME: 01/08/2016 0
DELIVERED BY: GARRETT FAN

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| MELISSA RAE | | ANNETTE | | PRATCHARD | | | |
| **ALIAS FIRST NAME** | | **ALIAS MIDDLE NAME** | | **ALIAS LAST NAME** | | | **ALIAS S** |
| **STREET ADDRESS** | | **CITY** | | **STATE** | **ZIP** | | **TELEPH** |
| 4818 INGRAHAM ST | | SAN DIEGO | | CA | 92109 | | (310) 923 |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | | **HAIR COLOR** | **HEIGHT** |
| CALIFORNIA DL | F1859737 | FEMALE | WHITE | BROWN | | BLONDE | 5 FT 06 |
| **DATE OF BIRTH** | | **PLACE OF BIRTH** | | | | | **U.S. CIT** |
| 07/10/1982 | | WASHINGTON | | | | | YES |

**FSC NUMBER**
1801052

Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years?

Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who ha been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within th past five years?

Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompeter to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103?

Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380?

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| SMITH & WESSON | | M&P9 SHIELD(BLK)SKU187021 | | 9 |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | | **CATEGORY** |
| HLP6955 | | HANDGUN | | SEMI-AUTOMATIC |
| **COLOR** | **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED** | **FSD COMPLIANCE** |
| BLACK | 3.0 IN | NO | NEW | OEM |
| **MATERIAL** | **COMMENT** | | | |
| STNLS STL; PLY | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EXE |
|---|---|---|
| DEALER HANDGUN | NO | NO |
| **WAITING PERIOD EXEMPTION TYPE** | | |
| NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | **PURCHASER'S RIGHT** |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA , 92110

| DROS ENTERED BY | ***Salesperson's Signature*** | DEALERSHIP TELEP |
|---|---|---|
| FANKHAUSER, GARRETT | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | **COE#** |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE

Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and subm Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearm forms, please visit the Attorney General's website at oag.ca.gov/firearms.

DATE PRINTED: 1/8/2016, 4:36:13 PM

Kellards

365 Marcy Ave
Brooklyn NY 11206
212-747-8789

Pa

| SOLD TO | SHIP TO |
|---|---|
| Melissa A Pratchard<br>4818 Ingraham Street<br>San Diego Ca 92109<br>United States | Melissa Pratchard<br>4818 Ingraham Street<br>San Diego Ca 92109<br>United States |

**Order Date: 3-Apr-2016**
**ORDER NO.: 108-1438393-5189060**
**REF. NO.: 81786**

**UPS 2nd D**

| SKU | QUANTITY | DESCRIPTION |
|---|---|---|
| ROVMP | 1 | Rode VideoMic Pro Compact VMP Shotgun Microphone |

Thank you for buying from Kellards on Amazon Marketplace.

Your order has be carefully packed and inspected, and we hope that you are please with your purchase.

Please check all the contents received, if anything is missing or defective please contact us at 888-779-9871 or email us at AmazonSales@Kellards.com.

Please don't forget to provide feedback for your seller. Please visit www.amazon.com/feedback.

... a waiting period of ... after DROS ... transmitted. Your waiting ... not start until ... satisfied the CA Handgun ... the correct serial number ...

If ... layaway, you have ordered us to ... your waiting period: All DROS ... expires in 30 days from date ... If a DROS expires, we are ... to process a new one with a ... and 10-day wait.
(initials)

If ... was transmitted at time of ... the earliest day for pickup is 240 ... from time of sale. If not started ... time of sale, call or e mail for pickup ...
... PROSTAFF@DISCOUNTGUNMART.COM
... that a personal check will ... accepted as final payment on ... of pickup.
(initials)

... that on handgun purchases, ... requires PROOF OF RESIDENCY ... firearm is released. Also ... a VALID ID both at ... and at time of pickup. ... residence address ... ID, I will need POR for my ... CA POR examples are: ... auto registration, lease, ... POR examples are government ... including: auto or voter registration. Handgun sales are limited ... 30 days. (... exceptions).
(initials)

I ... received a copy of the Discount ... Sales, Warranty and Layaway ...

... agree to pay ... to be posted to my ... account and to be bound by ... agreement.

... 25.00
... 25.00

**DISCOUNT GUN MART**
& INDOOR RANGE

1510 Morena Blvd Suite F
San Diego, CA 92110
(619) 276-8730
www.discountgunmart.com
E-mail: prostaff@discountgunmart.com

Open 7 Day
Sun-Thu
Fri 10-10



Life. Well spent.

| Ship To | Bill To |
|---|---|
| JOSHUA PRATCHARD<br>4818 INGRAHAM ST<br>SAN DIEGO,CA 92109-____ | JOSHUA PRATCHARD<br>4818 INGRAHAM ST<br>SAN DIEGO,CA 92109-____ |

| |
|---|
| 093000266697 |
| 2016-02-03 |
| 6179-3313-1500-0939-0619 |

| Qty | Item | Description | |
|---|---|---|---|
| 1 | 00927683000 | 12A ROUTER,CM COMBO | 105.59 |

| | |
|---|---|
| Sub total | 92.03 |
| Tax | 8.45 |
| Total shipping charge | 13.56 |
| Total Price | 114.04 |

Thank you for your Sears.com order!
PAYMENT METHOD: Other (Visa,MC)
Questions: Visit us at www.sears.com/customerservice
Please visit us again soon at Sears.com

## Return Instructions

There are two ways to handle a return...

1. **Return to warehouse:** On the return form below, indicate the item(s) you are returning with the item number and indicate the number of items you are returning in the column marked Qty. Circle the appropriate reason for the return in the Return Reason section. Repack the returned item(s) securely in the original shipping package (if possible) and include the original shipping documents. For your convenience, please use the attached Return Label. Please insure your package through your shipping carrier and keep your receipt. Sorry, we are unable to process exchanges. To order a replacement or to place a new order, please refer to the front of the pack slip for the toll free number or our website address.
2. **Return to a Sears store:** You may also return the item(s) to a Sears Full Line store. Please remember to bring the original packing documents and the credit card used for the original purchase. We will reimburse the credit card account that was provided at the time of purchase, less applicable discounts. Sears stores do not accept returns for auction merchandise. Items purchased via auction, including items delivered incorrectly or damaged items may be returned to the warehouse using the return label provided with your order.

| Returning | | Handling |
|---|---|---|
| Return Number | QTY | Return Reason (Circle One) |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 |

| Return Reasons | 1 Wrong Item Shipped<br>2 Wrong quantity shipped<br>3 Damaged in shipment<br>4 Duplicate shipment | 5 Arrival too late<br>6 Wrong quantity ordered<br>7 Wrong merchandise delivered<br>8 Product quality not acceptable | 9 Not as pictured, not as described<br>10 Defective product (Broke in use, missing parts, etc.)<br>11 Too Small | 12 Too Large<br>13 Not satisfied with sizing<br>14 Not satisfied with color |
|---|---|---|---|---|

Sears Associate, please read for In-store Returns of On-line purchases.
- Locate the Salescheck Number, Sales Date and return code (RC#) in the top right corner of packslip
- Shipping cost will be refunded only if the merchandise was damaged during delivery or if the wrong item was shipped to the customer
- Shipping Fee is misc. Acccount # 116045
- Issue refund in the original form of tender as prompted by the register.
- The original Payment Method is listed on the front of the packing silp. Item # on the front of packing slip is equal to Division/Item/SKU

Return Label
6179-3313-1500-0939-0619
Date: 2016-02-03
RCNUM

SEARS
RETURNS DEPT
8374 NORTH 4000 EAST RD
MANTENO, IL 60950

**EXHIBIT 1, PAGE 13**

[illegible] Mart/Morena
[illegible] Range
[illegible] Morena Blvd Suite F
[illegible] Diego, CA 92110
619-276-6730

[illegible] #88025506 Dec 29 15
[illegible] Slp AAR Rg# 13 Dr# 13 Time 02:10

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 16[illegible]-8419 | -1 | 160.00 | -160.00 |
| MMG [illegible] BOLT CARRIER | | | * Return * |
| EQU- [illegible] B8419 | | | |
| FIN [illegible] BLOCK | -1 | 22.00 | -22.00 |
| FIN [illegible] GAS BLOCK | | | * Return * |
| [illegible] 1.93X | | | |
| FIN [illegible] CARB | -1 | 18.00 | -18.00 |
| FIN [illegible] CARB GAS TUBE | | | * Return * |
| CARBINE | | | |

| | |
|---|---|
| Subtotal | -200.00 |
| Tax | -16.00 |
| Total Sale | -216.00 |
| Cash | -216.00 |

[illegible]ARD, JOSHUA J
[illegible]18 INGRAHAM ST
[illegible] DIEGO, CA 92109



State of California
Department of Justice
Bureau of Firearms

# Dealer's Record of Sale of Firearm

DROS NUMBER: 07660-03601

STATUS: PENDING

TRANSACTION DATE/TIME: 12/21/2015 08:48:12 PM
EARLIEST DELIVERY DATE/TIME: 12/31/2015 08:48:12 PM
LATEST DELIVERY DATE/TIME: 01/20/2016 08:48:12 PM

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX | |
|---|---|---|---|---|---|---|---|---|
| JOSHUA | | JOEL | | PRATCHARD | | | | |
| ALIAS FIRST NAME | | ALIAS MIDDLE NAME | | ALIAS LAST NAME | | | ALIAS SUFFIX | |
| STREET ADDRESS 4818 INGRAHAM ST | | CITY SAN DIEGO | | STATE CA | ZIP 92109 | | TELEPHONE (415) 999-8976 | |
| ID TYPE CALIFORNIA DL | ID NUMBER B8025506 | GENDER MALE | RACE WHITE | EYE COLOR HAZEL | | HAIR COLOR BROWN | HEIGHT 6 FT 05 IN | WEIGHT 240 |
| DATE OF BIRTH 12/10/1980 | | PLACE OF BIRTH CALIFORNIA | | | | | U.S. CITIZEN YES | |
| HSC/FSC NUMBER 2016807 | | | | | | | | |

| Question | Answer |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code section 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger/threat to self or others pursuant to Welfare and Institutions code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC section 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) |
|---|---|---|---|---|
| SPRINGFIELD ARMORY | | PX9151L | | 45 |
| SERIAL NUMBER NM432578 | OTHER NUMBER | TYPE HANDGUN | | CATEGORY SEMI-AUTOMATIC |
| COLOR CHROME/STAINLESS | BARREL LENGTH 5.0 IN | FRAME/RECEIVER ONLY NO | NEW/USED NEW | FSD COMPLIANCE OEM |
| MATERIAL STAINLESS STEEL | COMMENT | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY RESTRICTION EXEMPTION |
|---|---|---|
| DEALER HANDGUN | NO | NO |
| WAITING PERIOD EXEMPTION TYPE NONE | | |
| I have read the list of prohibited offenses, and nothing would preclude me from possessing a firearm. By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | ***Purchaser's Signature*** | PURCHASER'S RIGHT THUMB PRINT |

DEALER: DUNNS DISCOUNT GUNS & SPORTING GOODS
ADDRESS: 1510 MORENA BLVD F & G, SAN DIEGO CA, 92110

| DROS ENTERED BY | ***Salesperson's Signature*** | DEALERSHIP TELEPHONE |
|---|---|---|
| ESTELA, RICHARD | | (619) 276-8730 |
| By signing this document, I hereby certify under penalty of perjury that the information provided is true and correct. | | COE# |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (PENAL CODE 28250)

*Firearms purchasers/transferees may request a copy of his/her firearm ownership record(s) from the Department of Justice by completing and submitting an Automated Firearms System Request for Firearm Records form (BOF 053). Additionally, purchasers/transferees are entitled to report the acquisition, disposition, or ownership of firearms to the department pursuant to Penal Code section 28000. For more information on California firearms laws or to obtain firearms reporting forms, please visit the Attorney General's website at oag.ca.gov/firearms.*

DATE PRINTED: 12/21/2015 8:48:15 PM

# DISCOUNT GUN MART
## & INDOOR RANGE

RICHARD

**1510 Morena Blvd Suite F**
**San Diego, CA 92110**
**(619) 276-8730**
www.discountgunmart.com
E-mail: prostaff@discountgunmart.com

Open 7 Days/Week
Sun-Thurs 10-9
Fri 10-10  Sat 9-10

nufacturer. Discount
IMPLIED, AS TO N
ser, DGM will act as
customer. This includ
warranty station, at o
er's warranty. DGM wi
facturer's warranty or for one yea
KES NO OTHER WARRANTY
MITED TO ANY WARRANTY
OF FITNESS FOR A PARTICU-

Dec 21 19
00# 13 Time 08:22

| Item | Qty | Price | Ext |
|---|---|---|---|
| 00447 | 1 | 854.99 | 854.99 |
| | | 25.00 | 25.00 |
| FAID | 1 | 1.00 | 1.00 |
| FSI | 1 | 25.00 | 25.00 |
| DISA-SF | 1 | 9.99 | 9.99 |

1 will be repaired for mechanical
ving date of sale subject to the
ively to repair or replacement (at
contain defects in materials or
cement only if notified in writing
eriod and within thirty (30) days
nown to the purchaser, and the
sportation charges to DGM shall
not apply to any damages to the
t, alterations or repairs made by
XPRESSLY IN LIEU OF ANY
STATUTORY, INCLUDING
TNESS FOR A PARTICULAR
FUNCTIONING WITH ANY
ION).  THE REMEDIES SET
E REMEDIES OF ANY PUR-
SPECIAL, INCIDENTAL OR

Subtotal 915.96
Tax 69.20
Total Sale 985.18
Deposit 250.00
Balance 735.18

(DROS) processing fee is not
before submission of DROS to
pay costs incurred by DGM to

nceled by Department of Justice
r, a $35.00 cancellation fee will

(layaway/warranty p01 2.2)

ED BROWN PRODUCTS, INC.
43825 MULDROW TRAIL
PO BOX 492
PERRY, MO 63462

# INVOICE

Invoice Number: 70953
Invoice Date: 10/11/16
Page: 1
Customer Phone: 415-999-8976
Customer Fax:
JPRATCHARD@SCFIELDS.ORG

| BILL | SHIP |
|---|---|
| JOSH PRATCHARD<br>4818 INGRAHAM ST<br>SAN DIEGO, CA 92109<br><br>ATTN: JOSH PRATCHARD | JOSH PRATCHARD<br>4818 INGRAHAM ST<br>SAN DIEGO, CA 92109<br><br>ATTN: JOSH PRATCHARD |

| | | | | | |
|---|---|---|---|---|---|
| Sales Ord No: | 69250 | Taxable: | N | Purchase Order: | |
| Order Date: | 10/11/16 | Pmt Terms: | CREDIT CARD | Ship Via: | FED EX |
| Account Cd: | JOSHPRAT1 | Shipper No: | 0 | FOB: | PLANT |
| Salesperson: | 0 | Ship Date: | 10/11/16 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Discount | Price | UM | Extended Price |
|---|---|---|---|---|---|---|---|
| | 1 | | 0 9243-9MM<br>Barrel, Commander, 9mm | | $185.0000 | EA | $185.00 |
| | ~~1~~ | | ~~0 1001~~<br>Trigger, long with 3 holes | | $21.9500 | EA | $21.95 |
| | 1 | | 0 81725-BT<br>Botail, 25 lpi, stainless | | $74.9500 | EA | $74.95 |
| | ~~1~~ | | ~~0 889-C~~<br>Two-piece rod, Comm, SS | | $30.9500 | EA | $30.95 |
| | ~~1~~ | | ~~0 825-T~~<br>Firing pin, titanium,38,9/10mm | | $19.9500 | EA | $19.95 |

Thank you for your order!

No returns after 30 days.
Call for the required RMA#.

| | |
|---|---|
| Subtotal: | $332.80 |
| Freight: | $12.95 |
| Total: | $345.75 |

ED BROWN PRODUCTS, INC.
43825 MULDROW TRAIL
PO BOX 492
PERRY, MO 63462

# CREDIT MEMO

Invoice Number: 70971
Invoice Date: 10/12/16
Page: 1
Customer Phone: 415-999-8976
Customer Fax:
JPRATCHARD@SCFIELDS.ORG

**BILL**
JOSH PRATCHARD
4818 INGRAHAM ST
SAN DIEGO, CA 92109
ATTN: JOSH PRATCHARD

**SHIP**
JOSH PRATCHARD
4818 INGRAHAM ST
SAN DIEGO, CA 92109
ATTN: JOSH PRATCHARD

| | | | | | |
|---|---|---|---|---|---|
| Sales Ord No: | 69271 | Taxable: | N | Purchase Order: | |
| Order Date: | 10/12/16 | Pmt Terms: | CREDIT CARD | Ship Via: | FED EX |
| Account Cd: | JOSHPRAT1 | Shipper No: | 0 | FOB: | PLANT |
| Salesperson: | 0 | Ship Date: | 10/12/16 | Job Number: | |

| Line | Qty Shipped | Backordered | Part Number/Description | Price | UM | Extended Price |
|---|---|---|---|---|---|---|
| | <1> | 0 | 1001 Trigger, long with 3 holes | $21.9500 | EA | <$21.95> |
| | <1> | 0 | 889-C Two-piece rod, Comm, SS | $30.9500 | EA | <$30.95> |
| | <1> | 0 | 825-T Firing pin, titanium,38,9/10mm | $19.9500 | EA | <$19.95> |

Thank you for your order!

No returns after 30 days.
Call for the required RMA#.

| | |
|---|---|
| Subtotal: | <$72.85> |
| Freight: | $0.00 |
| Total: | <$72.85> |

```
=========== TRANSACTION RECORD ==========
ED BROWN PRODUCTS INC
43825 MULDROW TRAIL
PERRY, MO 63462
United States
WWW.EDBROWN.COM

TYPE: Purchase

ACCT: Visa                        $ 272.90 USD

CARDHOLDER NAME : JOSH PRATCHARD
CARD NUMBER     : ############8269
DATE/TIME       : 12 Oct 16 11:01:52
REFERENCE #     : 001 0623404 M
AUTHOR. #       : 020112
TRANS. REF.     : 70953

    Approved - Thank You 100

Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
========================================
```

PAGE NO 1

# marshall's

INDUSTRIAL HARDWARE, INC.

8423 PRODUCTION AVE.
SAN DIEGO, CA 92121-2202

PH: (858) 271-5555
FAX: (858) 271-6077

STORE HOURS
M-F 7-5:30
SAT 8-12

RETURNS ACCEPTED WITHIN 30 DAYS WITH ORIGINAL RECEIPT
NO RETURNS ON CUTTING TOOLS OR SPECIAL ORDERS

| Customer No. | Job No. | Purchase Order No. | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| *5 | | | | CASH/CHECK/BANKCARD | NEW | 1/18/16 | 3:17 |

Sold To
**** CASH ****

Ship To
PRATCHARD/JOSHUA

TERM#555

DOC# F69851/1
*************
* INVOICE *
*************

TAX : C SD CASH CUSTOMER TAX

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | EA | 0320012 | 3" C-CLAMP #1430 | | 1 | 7.69 /EA | 7.69 |
| 1 | | EA | 0560061 | CUTTING OIL 12OZ.AEROSOL CAN | | 1 | 10.69 /EA | 10.69 |
| 1 | | EA | 0400103 | 3/8" SHAFT COLLAR W/SET SCREW | | 1 | 1.26 /EA | 1.26 |

MID:191200667886 APP:06820G XR:569851

** PAYMENT RECEIVED ** 21.21
** PAID IN FULL **

| | |
|---|---|
| TAXABLE | 19.64 |
| NON-TAXABLE | 0.00 |
| SUBTOTAL | 19.64 |
| TAX AMOUNT | 1.57 |
| TOTAL AMOUNT | 21.21 |

BANKCARD PAYMENT 21.21
BKCRD#XXXXXXXXXXXX5353

X

EXHIBIT 1, PAGE 20



# INVOICE

**Date:** 06/16/2016

**Order#** **640**

**Bill To:** (Customer ID#696)

Joel Pratchard
721 Graymont Circle
Concord, CA 94518
United States
925-890-3015
joesbga@yahoo.com

**Ship To:**

Melissa Pratchard
4818 Ingraham
Concord, CA 94518
United States
310-923-5915

**Payment Method:**

**Credit Card**: MasterCard
Joel Pratchard
************8043

**Shipping Method:**

USPS Priority

| Code | Description | Qty | Price |
|---|---|---|---|
| FA-SPCO | **Special Order** | 1 | $776.00 |

Subtotal:
Tax (8%):
Shipping & Handling:
**Grand Total:**

Forsaken Arms, LLC

13465 Camino Canada
Ste 106-265
El Cajon, CA 92021

# Packin

| Date | |
|---|---|
| 6/15/16 | |

| Bill To |
|---|
| |

| Ship To |
|---|
| |

| S.O. No. | P.O. No. | Terms | Ship Date | |
|---|---|---|---|---|
| | | Due on receipt | 6/15/16 | |

| Description | Qty | |
|---|---|---|
| Stripped Forged 7075 Upper Receiver | 1 | |
| Ejection Port Cover Assy (5.56) | 1 | |
| Forward Assist Assembly | 1 | |
| Centurion Arms 5.56 12" CMR Rail System | 1 | |
| Centurion Arms Hammer Forged Barrel, Light Weight, 16" | 1 | |
| Geissele 2 Stage | 1 | |
| Hogue Standard AR15 Grip, Black | 2 | |
| Lower Parts Kit w/o Trigger Group or Grip | 1 | |
| AR15 BULLET-BUTTON | 1 | |
| Standard A2 Device "Bird Cage" | 1 | |
| 556 Crush Washer | 1 | |
| | | |
| USPS Shipping | | |
| Sales Tax | | |

# Packing List

## JSE Surplus

JSE Surplus
4680A State Highway 74
Cape Girardeau, MO 63701

**SWEB ORDER**

**Ship To:**

*PRATCHARD, JOSH*
*SECOND CHANCE FIELDS*
*4818 INGRAHAM ST*
*SAN DIEGO, CA 92109*
*UNITED STATES*

*PO Number: WEB ORDER 124920*

**Bill To:**

*PRATCHARD, JOSH*
*SECOND CHANCE FIELDS*
*4818 INGRAHAM ST*
*SAN DIEGO, CA 92109*
*UNITED STATES*

| Carton Count | Req. Ship Date | FOB Point | Shipping Terms | Ship Via | O |
|---|---|---|---|---|---|
| 1 | 10/17/2016 | Origin | Prepaid & Billed | USPS | |

**Carton Information**

| | | |
|---|---|---|
| Carton 1 (#9410811899564840032620) | 0.9 lbs | USPS Tracking |
| **Total: 1** | **0.9 lbs** | |

| Line # | Item / Description | Qty Ordered | Qty Shipped |
|---|---|---|---|
| 1 | LRPJPS35T; JP ENH REL REDUCED POWER S3.5T | 1 ea | 1 ea |
| 2 | LRPDPBB; AR15 BULLET BUTTON (N/R) | 1 ea | 1 ea |
| 3 | LRPANFC; ANDERSON MFG LOWER PARTS KIT NO FIRE CONTROL GROUP OR GRIP | 1 ea | 1 ea |

# Refund Request

**Discount Gun Mart**
**& Indoor Range**
**1510 Morena Blvd. Ste. F**
**San Diego, CA 92110**
**(619) 276-8730**

Invoice #: 132611 | Customer #: 33025506 | Date Refund Requested:

NAME: PRATCHARD, JOSHUA J

ADDRESS: 4818 INGRAHAM ST SD CA 92109

HOME PHONE#: 415-999-8976 | WORK PHONE #: | SOLD BY: RIC | WRITTEN BY: MAT

GUN--MAKE / MODEL: SPRINGFIELD / PX9151

SER #: NM432578

Reason for refund: ☒ DOJ Denial ☐ Unavailable
☐ Other (explain in detail)

Notes:

| | | | GM int's. |
|---|---|---|---|
| Sale Price | 854 | 99 | |
| Misc. Return | | | |
| Misc. Return | | | |
| Misc. Return | | | |
| Misc. Return | | | |
| DOJ | 51 | 00 | |
| Tax | 68 | 40 | |
| Sale Total | = 974 | 39 | |
| ~~Restocking Fee~~ | - | | |
| Cancellation Fee | - 35 | 00 | |
| DOJ (taxable, non-refundable) | - 51 | 00 | |
| Balance Due on Invoice | - 724 | 39 | |
| Balance Due to Customer | = [illegible] | | |

164.00
AMMO CAN - 10.79
$153.21

CAll Vicki

Entered — Initials: Date:

Paid — Initials: Date: Check#

Computer Refund & Returned to Stock — Initials: Date:

DOJ — Initials: Date:

Customer Signature: [signature]

(Please allow up to 21 days for refund check to arrive in mail)

By signing, I ackowledge that accounting office personel may adjust refund amount to correct possible clerical or math errors. All refund subject to terms published in the "DISCOUNT GUN MART Sales, Warranty and Layaway Policy"

**Subject:** KAK Industry LLC: New Order # 100047183

**From:** Sales (sales@kakindustry.com)

**To:** Lissavalentine@yahoo.com;

**Date:** Sunday, October 16, 2016 8:59 AM

## Hello, Melissa Pratchard

Thank you for your order from KAK Industry LLC. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at sales@kakindustry.com or call us at KAKINDUSTRY@YAHOO.COM Monday - Friday, 8am - 5pm PST.
Your order confirmation is below. Thank you again for your business.

### Your Order #100047183 (placed on October 16, 2016 8:59:32 AM PDT)

**Billing Information:**

Melissa Pratchard
4818 Ingraham st
San Diego, California, 92109
United States
T: 3109235915

**Payment Method:**

**NEW CARD**

**Credit Card Type:** Visa
**Credit Card Number:** xxxx-8269
**Processed Amount:** $61.62

**Shipping Information:**

Melissa Pratchard
4818 Ingraham st
San Diego, California, 92109
United States
T: 3109235915

**Shipping Method:**

USPS PRIORITY SHIPPING

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **SHOCKWAVE BLADE PISTOL STABILIZER - BLACK** | SHOCKWAVE-BLACK | 1 | $48.95 |
| | | Subtotal | $48.95 |
| | | Shipping & Handling | $8.75 |
| | | Tax | $3.92 |
| | | **Grand Total** | **$61.62** |

Thank you, **KAK Industry LLC**

**EXHIBIT 1, PAGE 25**

Precision Armament
4110 Niles Hill Road
Wellsville, NY 14895
Phone: 1-800-724-3802
Fax: 585-593-5637
Email: sales@precisionarmament.com
Website: www.precisionarmament.com

# Invoice

Invoice # INV484529

Date 1/19/2016

Ship Date 1/19/2016

**Bill To**

Melissa Pratchard
4818 Ingraham Street
San Diego CA 92109

**Ship To**

Melissa Pratchard
4818 Ingraham Street
San Diego CA 92109

| | | | | | |
|---|---|---|---|---|---|
| USPS Priority Ma... | Wellsville | Credit Card | PHONE WASHER | Glenn Smith | 9405510200829885993469 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A04006 | M11 Severe-Duty Muzzle Brake 7.62mm/.308Cal (DLC Black) | 1 | 0 | EA | 119.99 | 119.99 |
| USPS Priority Mail® - Sporting | USPS Priority Mail® - Sporting | 1 | | | 8.95 | 8.95 |

Total $128.94
Amount Paid 128.94

THIS CHARGE MAY APPEAR ON YOUR CREDIT CARD STATEMENT AS PM RESEARCH OR PM-PRECARMS
This order is accepted and shipped in accordance with our Terms of Sale. To download Terms please click the link below.
http://shopping.netsuite.com/core/media/media.nl?id=8&c=1256064&h=8486ad317cf294193851&_xt=.pdf

TERMS OF SALE

1. PACKAGING: We pack our products in accordance with good commercial practices and a packing list is included with the shipment.

2. SHIPPING: We ship per your requested carrier if our area is serviced by your requested carrier. If not, we will offer you options or ship the best way.

3. F.O.B. TITLE AND RISK OF LOSS: F.O.B. point is our dock, Wellsville, N.Y. and title and risk of loss pass to buyer upon delivery to carrier.

4. INVOICING: Invoicing will be done the same day as shipment.

5. WARRANTIES: If any product is found to have defects in workmanship or materials, Precision Armament will at its option and without charge, either repair or replace this product, even if you are not the original owner. This warranty does not cover normal wear and tear, rust or corrosion, damage resulting in whole or in part from improper or careless handling, unauthorized repairs, alterations or modifications, improper installation, misuse, or abuse

6. LIABILITY DISCLAIMER: We disclaim any and all liability for product malfunctions, physical injuries, or property damages that result in whole, or in part, from criminal, negligent, or improper use of the product, or from modifications or alterations thereto. In no event shall we be liable for any incidental, special, or consequential damages relating to the purchase, use, or performance of any Precision Armament product

7. CONFIDENTIAL OF PROPRIETARY INFORMATION AND PROPERTY: We treat every customer's information as confidential with the exception of normally available information such as name, address, etc.

8. COMPLIANCE WITH LAWS: We make every effort to comply with Federal, State and Local laws and regulations that apply to us.

9. APPLICABLE LAW: The filing of the Order and any future Purchase Orders shall be governed by and construed in accordance with the laws of the state of New York.

10. ACCEPTANCE: These are the only Terms and Conditions applicable to this and all future Purchase Orders. We look forward to serving you.

***ALL TERMS ARE SUBJECT TO CHANGE WITHOUT NOTICE AND WILL BE UNDER THE SOLE DISCRETION OF THE COMPANY****



Questions? Contact us.
Phone: (800) 504-5897
Fax: (847) 919-3003
Email: Sales@OpticsPlanet.com

OpticsPlanet.com
Division of OpticsPlanet, Inc.
3150 Commercial Ave
Northbrook, IL 60062

# Packing Slip

| SKU | Description | Shipped |
|---|---|---|
| 55-RT-MLOKT2-MPI MAG603BLK | Magpul Industries M-LOK Type 2 Low Profile Rail Covers,Black MPIMAG603BLK | 3 |

**Order Summary**

Order #: 7123159
Reference #: 4845179
PO #:
Customer ID: 3865744
Order Date: 01-20-2016
Shipping Method: PL VALUE SHIPPING

**Billed To**

melissa pratchard
4818 Ingraham St
San Diego, CA 92109
UNITED STATES

**Shipped To**

melissa pratchard
4818 Ingraham St
San Diego, CA 92109
UNITED STATES

**LIMITED TIME ONLY - SAVE ON YOUR NEXT ORDER!**
**Get $20 OFF Your Next Order of $200 or More at OpticsPlanet.com**
**Use code MELISSA7123159 in the next 30 Days**

**Returns & Exchanges: Please refer to our policy at http://www.opticsplanet.com/our-policy.html**

**Important Export Restrictions:** Commodities, products, technologies, and services listed herein are subject to one or more of the U.S. export control laws and regulations enforced by the U.S. Department of State, the U.S. Department of Commerce, or the U.S. Department of the Treasury. It is unlawful and strictly prohibited to engage in conduct requiring a license or other approval from the proper U.S. Department without such license or approval. Such conduct includes, but is not limited to, the export, or attempt to export or otherwise transfer or sell any commodity, product, or technical data, or furnishing any service to any foreign party, whether abroad or in the United States. Furthermore, U.S. laws prohibit the sale, transfer, or export of items to Embargoed Countries and entities on the Department of State's List of Debarred Parties, the Department of Commerce's Denied Persons List, and the Department of Treasury's Specially Designated Nationals and Blocked Persons List. It is the Buyer's responsibility to be aware of the Lists of Embargoed Countries, Debarred Parties, Denied Persons, and Specially Designated Nationals and Blocked Persons. These Lists can be found at the applicable U.S. Government agency website.

**Having lawfully received the above commodities, the Buyer and Entity and/or Person(s) listed in "Ship To" (1) assumes all responsibility to further comply with the requirements imposed by all applicable laws, regulations and administrative policies and (2) certifies that it will so comply. Diversion contrary to U.S. law is prohibited.**

The export control laws and regulations are complex; therefore any summary of such laws and regulations provided herein is not comprehensive is not to be taken as legal advice or counseling.

**All Exports:** These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited.



Hours: Tues,Wed,Fri,Saturday 11am-7pm
CLOSED: MONDAY, THURSDAY, SUNDAY
5276 Eastgate Mall
San Diego, CA 92121

**Sales Receipt**
02/17/2016 4:42 pm

Ticket: 220000240193
Register: Showroom LEFT
Employee: norman

| Item | # | Pric |
|---|---|---|
| DPMS YHM AR-10 .308 5/8x24 Crush Washer | 1 | $3.5 |
| Subtotal | | $3.5 |
| Tax ($3.50 @ 8%) | | $0.2 |
| Total Tax | | $0.2 |
| **Total** | | $3.7 |

**PAYMENTS**

Credit Card
Card Num: 3219
Type: Visa
Cardholder: MELISSA PRATCHARD $3.7
Entry: Swipe
Approval: 048569
ID: 378057797

Items with receipt and original packaging in new condition may be returned for store credit within 7 days with a restocking fee of 10%.

All transactions are final on special orders, firearms operating parts, firearms, ammo and complete upper receivers.

Check us out on Calguns.net, Yelp, Citysearch and Google

Thank You !



# INVOICE

**Date:** 01/28/2016

**Order#:** **575**

**Bill To:** (Customer ID#626)

Melissa Pratchard
4818 Ingraham St
San Diego, CA 92109
United States
3109235915
Lissavalentine@yahoo.com

**Ship To:**

Melissa Pratchard
4818 Ingraham St
San Diego, CA 92109
United States
3109235915

**Payment Method:**

**Credit Card**: Visa
Melissa Pratchard
************3219

**Shipping Method:**

USPS Priority

| Code | Description | Qty | Price | Total |
|---|---|---|---|---|
| FA-CUSTOM-1 | **Custom 1** | 1 | $310.00 | $310.00 |

| | |
|---|---|
| Subtotal: | $310.00 |
| Tax (8%): | $24.80 |
| Shipping & Handling: | $0.00 |
| **Grand Total:** | **$334.80** |

( ) SSA-E Trigger
(1) Lower Parts Kit
(2) Bullet Button
(2) Magazine Release Tool
(1) crush washer

I'm sending a full LPK because I think you guys are using the SSA-E trigger in a different build. Let me know if you don't end up using the "stock" trigger. Congratulations on the new member of the family

AJ.

# REPAIR INVOICE

Cust. 2449028
REPAIR #

| DATE IN | DATE FINISHED/NOTIFIED ☐ CALLED ☐ CALLED | DATE PICKED UP/CUSTOMER INITIALS |
|---|---|---|

| NAME | HOME PHONE |
|---|---|
| STREET | WORK PHONE |

| CITY | STATE | ZIP |
|---|---|---|
| MAKE | MODEL | SERIAL # | CAL./GAUGE |

SERVICE REQUIRED

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PPROXIMATE DELIVERY DATE

OMMENTS:

| | |
|---|---|
| PARTS | |
| TEST AMMO | |
| TAX | |
| TOTAL TAXABLE | |
| LABOR | |
| POSTAGE & INSURANCE | |
| MISC. NON-TAXABLE | |
| TOTAL NON-TAXABLE | |
| TOTAL DUE | |

JIPMENT RECEIVED WITH REPAIR JOB:
SCOPE ☐ LENS COVER ☐ SLING ☐ OTHER
CASE ☐ CUSTOMER'S AMMO (_____ ROUNDS)

30-358 R0707 White Copy - Keep Pink Copy - To Customer BuffTag - To Gun

RDER THIS
A FROM: BROWNELLS SELECTION. SERVICE. SATISFACTION. 200 S. Front St. Montezuma, IA 50171 800-741-0015 • brownells.com World's Largest Supplier of Firearms Accessories and Gunsmithing Tools.™ 100 Repair invoices #084-088-100 500 Repair invoices #084-088-500

phics / SD Rifleworks to perform services to you
ervices.

n delay a project. Delay in parts arriving, poor
olidays, pre-planned closures and sudden
s are finished ON TIME. If you are in a rush, please
**vendor if you are not willing to give us the time**

annot guarantee it will look the same. No two
w us.
ease be aware that on occasion springs will not
esponsible for the cost of the part and or parts,

ect parts. SDGG is not responsible for any financial
G gunsmith.

oject. You WILL receive a phone call when your
fire before delivery. We do not test fire daily. We
done correctly the first time. Please do not rush us
to finish, SDGG is a very busy shop.

coat. The top coats will be much thinner and could
finish. Costs range from $20 to $40. Unless clear

erform the Cerakote service you may need to "fit" the

to any services performed.

cel there is a $25 charge.

If you book SDGG/SD Rifleworks to perform a service for you...

**CREDIT CARDS/CASH/PAYMENTS**

No Refunds or Exchanges. All of our prices reflect a 3% CASH DISCOUNT. Credit/Debit cards will lose this discount.

[signature] 3/19/16

Signature Date

San Diego Gun Graphics / SD Rifleworks

**Policies and Customer Agreement**

Melissa Pritchard (Please Print Name)

By signing this agreement you are authorizing Rough Gear Review LLC dba San Diego Gun Graphics / SD Rifleworks to perform services to you weapon, either through Cerakote, Hydrographics, Gunsmithing and / or any combination of services.

**TURN AROUND TIMES**

Times or estimates are NOT guarantees your project will be finished on time. Many factors can delay a project. Delay in parts arriving, poor batch of Cerakote, equipment failures, humidity, power outages, acts of God, staff injuries, holidays, pre-planned closures and sudden increases in business are just some factors that can delay your project. About 98% of projects are finished ON TIME. If you are in a rush, please inform us. There is a $150 charge for rush jobs. However **we suggest you find an alternative vendor if you are not willing to give us the time required to complete your project.**

NOTE: Cerakote is hand applied. If you bring in a photo of a project you want copied SDGG cannot guarantee it will look the same. No two projects will ever be identical. Your project will be done is the "spirit" of the project you show us.
SDGG is not responsible for worn springs when disassembling and reassembling firearms. Please be aware that on occasion springs will not return to their original tension after being removed and will need to be replaced. YOU are responsible for the cost of the part and or parts, SDGG will cover the labor.

**GUNSMITHING**

It is your responsibility to ensure the parts you supply for gunsmithing services are the correct parts. SDGG is not responsible for any financial loss on your part for supplying the improper parts. If you are unsure please inform the SDGG gunsmith.
Shop Labor rate is $80 per hour, ½ hour minimum charge.
PLEASE do not call the shop, stop by, text or email just to ask about the progress on your project. You WILL receive a phone call when your project is FINISHED and ready for pick up. Many projects require us to reassemble and test fire before delivery. We do not test fire daily. We also do not want to rush your project, this is to ensure there are no mistakes and the job is done correctly the first time. Please do not rush us and we appreciate your patience. Your project is only warrantied if we have adequate time to finish, SDGG is a very busy shop.

**CAMO FINISHES**

Cerakote is applied at 1 mil thickness. For camo or distressed finishes this is only the base coat. The top coats will be much thinner and could prematurely wear. SDGG suggest a Cerakote Clear Coat to protect your camo or distressed finish. Costs range from $20 to $40. Unless clear coated, camo and distressed finishes are not warranty.

**FIT**

Be aware that if you have chose to disassemble your weapon and are only having SDGG perform the Cerakote service you may need to "fit" the parts during reassembly. Some weapons have very tight tolerances.

**STORAGE**

Items not picked up 7 days after notification will incur a $5 per day storage fee in addition to any services performed.

**CANCELLATIONS**

If you book SDGG/SD Rifleworks to perform a service for you and then later decide to cancel there is a $25 charge.

**CREDIT CARDS/CASH/PAYMENTS**

No Refunds or Exchanges. All of our prices reflect a 3% CASH DISCOUNT. Credit/Debit cards will lose this discount.

[signature] 3/19/16

Signature Date

**Badrock Tactical**
*931 N Parker St*
*Orange, CA 92867*
(949) 742-2868

January 5, 2016
29927

Melissa Pratchard
4818 Ingraham St
San Diego, CA 92109

(619) 630-0840

| DESCRIPTION | T | QTY | Price | | AMOUNT | |
|---|---|---|---|---|---|---|
| 18" Black .308 FLUTED | | 1 | $ | 225.00 | $ | 225.00 |
| Adjustable Gas Block | | 1 | $ | 45.00 | $ | 45.00 |
| Mid Length Gas Tube | | 1 | $ | 18.00 | $ | 18.00 |

BADROCK
TACTICAL
Matt Webb
Owner
855.414.ROCK (7625)
949.742.2868 cell
866.489.7431 fax
matt@badrocktactical.com
/badrocktactical
/badrocktactical
www.badrocktactical.com

| | $ | 288.00 |
|---|---|---|
| | $ | - |
| **TOTAL** | **$** | **288.00** |

Make all checks payable to **Badrock Tactical**. If you have any questions concerning this invoice please contact us at (855) 414-7625

***THANK YOU FOR YOUR BUSINESS!***

$ 288.00



*Granite Ridge Outfitters LLC*

## Invoice# 0000033365

**Invoice Date:** 01/11/2016 18:12:00

**Billing Information:**
Melissa Pratchard
4818 in graham st
San diego, CA 92109
(310)923-5915
Lissavalentine@yahoo.com

**Shipping Information:**
Melissa Pratchard
4818 in graham st
San diego, CA 92109
(310)923-5915

**Payment Information:**
Payment Method: Credit Card
Card Type: Visa
Name on Account: Melissa Pratchard
Credit Card #: xxxx-xxxx-xxxx-3219
Authorization Code: 083893

### Items

| Qty | Item # | Description | Price Each | Total |
|---|---|---|---|---|
| 1 | APAR308554M | Aero Precision M5E1 Enhanced Upper/Handguard Combo - 15" M-LOK | $295.00 | $295.00 |
| 1 | APRH100185 | Aero Precision .308 / 7.62 Nickel Boron Bolt Carrier Group | $225.00 | $225.00 |

| | |
|---|---|
| Subtotal: | $520.00 |
| Less Coupon GD25: | ($26.25) |
| Subtotal: | $493.75 |
| Tax : | $0.00 |
| **Total:** | **$493.75** |
| **Balance Due:** | **$0.00** |

If you have any questions concerning this order, please contact us immediately:
**Contact E-mail:** sales@graniteridgeoutfitters.com
**Website:** www.graniteridgeoutfitters.com
**Like/Follow us on Facebook:** www.facebook.com/graniteridgeoutfitters

**Thank you for your business! We hope to see you again soon!**

PAGE NO 1

# marshall's

INDUSTRIAL HARDWARE, INC.
8423 PRODUCTION AVE.
SAN DIEGO, CA 92121-2202

PH: (858) 271-5555
FAX: (858) 271-6077

STORE HOURS
M-F 7-5:30
SAT 8-12

RETURNS ACCEPTED WITHIN 30 DAYS WITH ORIGINAL RECEIPT
NO RETURNS ON CUTTING TOOLS OR SPECIAL ORDERS

| Customer No. | Job No. | Purchase Order No. | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| *5 | | | | CASH/CHECK/BANKCARD | NEW | 2/29/16 | 3:24 |

Sold To
**** CASH ****

Ship To
MELISSA PRATCHARD

TERM#557

DOC# X84531/1
*************
*CASH REFUND*
*************

TAX : C SD CASH CUSTOMER TAX

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| -1 | | EA | 0370452 | ALUMINUM STRIP 1-1/4x1/8x2' CREDIT RETURN | | 1 | 4.29 /EA | -4.29R |
| -1 | | EA | 0392004 | 1/4 4 FL SE CARBIDE END MILL CREDIT RETURN | | 1 | 19.79 /EA | -19.79R |
| -1 | | EA | B211117 | 1/4-20 X 1-3/4 FHCS-ALLOY CREDIT RETURN | | 1 | .27 /EA | -.27R |
| 4 | | EA | MPB842 | 1/4 X 1 X 5/8 STEEL SPACERS | | 4 | 2.09 /EA | 8.36 |
| 4 | | EA | B211119 | 1/4-20 X 2 FHCS-ALLOY | | 4 | .31 /EA | 1.24 |

MID:191200667886 APP:0 XR:084531

** AMOUNT RETURNED TO CUSTOMER ** 15.93

| | |
|---|---|
| TAXABLE | -14.75 |
| NON-TAXABLE | 0.00 |
| SUBTOTAL | -14.75 |
| TAX AMOUNT | -1.18 |
| TOTAL AMOUNT | -15.93 |

BANKCARD CREDIT 15.93
BKCRD#XXXXXXXXXXXX3219

X

EXHIBIT 1, PAGE 35

PAGE NO 1

**marshall's**
INDUSTRIAL HARDWARE, INC.
8423 PRODUCTION AVE.
SAN DIEGO, CA 92121-2202

PH: (858) 271-5555
FAX: (858) 271-6077

STORE HOURS
M-F 7-5:30
SAT 8-12

RETURNS ACCEPTED WITHIN 30 DAYS WITH ORIGINAL RECEIPT
NO RETURNS ON CUTTING TOOLS OR SPECIAL ORDERS

| Customer No. | Job No. | Purchase Order No. | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| *5 | | | | CASH/CHECK/BANKCARD | OS | 2/25/16 | 1:57 |

Sold To
**** CASH ****

Ship To
Debit card

TERM#557

DOC# F83236/1
************
* INVOICE *
************

TAX : C SD CASH CUSTOMER TAX

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | EA | 0570727 | ALUMINUM SHEET 6"x12"x.125 | | 1 | 15.79 /EA | 15.79 |
| 1 | | EA | 0370452 | ALUMINUM STRIP 1-1/4x1/8x2' | | 1 | 4.29 /EA | 4.29 |
| 1 | | EA | 0370464 | ALUMINUM BAR 1-1/4x1/4x2' | | 1 | 7.89 /EA | 7.89 |
| 1 | | EA | 0392004 | 1/4 4 FL SE CARBIDE END MILL | | 1 | 19.16 /EA | 19.16 |
| 4 | | EA | B211117 | 1/4-20 X 1-3/4 FHCS-ALLOY | | 4 | .27 /EA | 1.08 |

DebitNetId:48 HostRef# Ref#:055496 AUTH#:531042

DEBIT CARDS 52.07 ** PAYMENT RECEIVED ** 52.07
** PAID IN FULL **
**PAYMENT FROM PRIMARY ACCOUNT**

DEBITCARD PAYMENT 52.07
DEBIT#XXXXXXXXXXXX3219

| | |
|---|---|
| TAXABLE | 48.21 |
| NON-TAXABLE | 0.00 |
| SUBTOTAL | 48.21 |
| TAX AMOUNT | 3.86 |
| TOTAL AMOUNT | 52.07 |

X
Received By

EXHIBIT 1, PAGE 36

Discount Gun Mart
1510 MORENA BLVD
SAN DIEGO CA 92110
(619) 276-8730
THANK YOU FOR SHOPPING
AT DISCOUNT GUN MART

Layaway: 507609 Store: 1
Register: 101
Date: 11/18/16 12:35:51 PM
Clerk: OSHIN M
Salesperson: OSHIN M
Customer:
MELISSA-RAE A. PRATCHARD
PRATCHARD, MELISSA-RAE A.
4818 INGRAHAM ST
SAN DIEGO ,CA 92109

| Item | Price | Qty | Total |
|---|---|---|---|
| 18301943 C11447 | | | |
| USED MOSSBERG 500 | | | |
| | $389.99 | 1.00 | $389.99 |
| Serial Num: T330158 | | | |
| 18240269 DROS | | | |
| CA DEALERS RECORD OF SALE | | | |
| | $25.00 | 1.00 | $25.00 |

| | |
|---|---|
| Total Units | 2.0 |
| Subtotal | 414.99 |
| Tax1 | 31.20 |
| Total Due | 0.00 |
| Total | 446.19 |

X
Customer accepts that all merchandise has been picked up

Previous Payments $220.00
11/18/2016 MASTER CAR $220.00
11/30/2016 MASTER CAR $226.19
Card: XXXXXXXXXXXX5905 Auth: 096681

| | |
|---|---|
| Entry Legend | CHIP READ |
| Entry Method | CONTACT |
| Approval Code | 096681 |
| AC | 3504DDBD97E37308 |
| ATC | 0008 |
| AID | A0000000041010 |
| AID NAME | CAPITAL ONE |
| TVR | 0000008000 |
| TSI | E800 |
| Resp CD | 00 |
| TRN REF # | MWEDVNDRW1130 |

Firearms Performance Center
4370 Bonita Rd.
Chula Vista, CA 91902
619-434-8895
619-434-8897

**Sales Receipt**

Transaction #: 35089
Account #: 000010000094
Date: 8/30/2016 Time: 3:42:26 PM
Cashier: 8762 Register #: 1

ACCOUNT: 000010000094
BILL TO: IN WALK

| Item | Description | Amount |
|---|---|---|
| 026285510423 | Hoppe's 9 Lubricat | $3.95 |
| | Discount code: LE/ | |
| | Discount | ($0.20) |
| 014895003671 | 0tis AR-15 Chamber | $4.95 |
| | Discount code: LE/ | |
| | Discount | ($0.25) |
| 076683414786 | Gunslick AR-10 Cha | $9.49 |
| | Discount code: LE/ | |
| | Discount | ($0.47) |

| | |
|---|---|
| Sub Total | $17.47 |
| SALES TAX | $1.40 |
| Total | $18.87 |
| CREDIT CARD Tendered | $18.87 |
| Change Due | $0.00 |

**You saved $0.92!**

35089
FEDERAL LAW PROHIBITS
AMMUNITION RETURNS
NO EXCEPTIONS
OPEN 11-7 MON-SUN

Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Order #103143 Cus#F1859737 Jan 23 16
Usr AS Slp AAR Dr# 12 Time 12:25

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| FFL | 1 | 35.00 | 35.00 |
| FFL TRANSFER FEE INCOMING | | | |
| adj tax for $ incl FFLfee | | | |
| DOJ | 1 | 25.00 | 25.00 |
| CA DROS Processing Fee | | | |
| FALD | 1 | 1.00 | 1.00 |
| F.A.L.D. FEE -- $1 PER | | | |
| DISCRRR | 2 | 5.00 | 10.00 |
| FIOCCHI AMMO CAN | | | |

| | |
|---|---|
| Subtotal | 71.00 |
| Tax | 14.70 |
| Total sale | 85.70 |
| Cred Card | 85.70 |

Card-# ************3219
Exp-date **** Auth:088717

| | |
|---|---|
| Deposit Rec'd | 85.70 |
| Balance due | .00 |

PRATCHARD, MELISSA-RAE A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109
310-923-5915

Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Ticket#488489 Cus#CASH Jan 09 16
Usr AS Slp AAR Rg# 12 Dr# 12 Time 04:12

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 1355-MRO-C | 1 | 469.99 | 469.99 |
| TRIJICON 1X25 MRO 2.0 MOA | | | |
| .200006 MRO-C 2200006 | | | |
| Serial-#'s 00009078 | | | |

| | |
|---|---|
| Subtotal | 469.99 |
| Tax | 37.60 |
| Total sale | 507.59 |
| Cred Card | 507.59 |

Card-# ************3219
Exp-date **** Auth:056907

WALK IN



Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Order #103143 Cus#F1859737 Jan 23 16
Usr AS Slp AAR Dr# 12 Time 12:25

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| FFL | 1 | 35.00 | 35.00 |
| FFL TRANSFER FEE INCOMING | | | |
| adj tax for $ incl FFLfee | | | |
| DOJ | 1 | 25.00 | 25.00 |
| CA DROS Processing Fee | | | |
| FALD | 1 | 1.00 | 1.00 |
| F.A.L.D. FEE -- $1 PER | | | |
| UISCRRR | 2 | 5.00 | 10.00 |
| FIOCCHI AMMO CAN | | | |

Subtotal 71.00
Tax 14.70

Total sale 85.70

Cred Card 85.70
Card-# ************3219
Exp-date **** Auth:088717

Deposit Rec'd 85.70

Balance due .00

PRATCHARD, MELISSA-RAE A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109
310-923-5915

Discount Gun Mart/Morena
& Indoor Range
1510 Morena Blvd Suite F
San Diego, CA 92110
619-276-8730

Ticket#488469 Cus#CASH Jan 09 16
Usr AS Slp AAR Rg# 12 Dr# 12 Time 04:12

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 1355-MRO-C | 1 | 469.99 | 469.99 |
| TRIJICON 1X25 MRO 2.0 MOA | | | |
| .200006 MRO-C 2200006 | | | |
| Serial-#'s 00009078 | | | |

Subtotal 469.99
Tax 37.60

Total sale 507.59

Cred Card 507.59
Card-# ************3219
Exp-date **** Auth:056907

WALK IN



SPORTSMAN'S WAREHOUSE
1750 S. Greenfield Road
Mesa, AZ 85206
480-558-1111

CUSTOMER 10-0132 608720
Stokoe(IR)

| | | |
|---|---|---|
| 1435404 SONIC 2LB TARGE | 14.99 | T |
| 1435404 SONIC 2LB TARGE | 14.99 | T |
| 1435404 SONIC 2LB TARGE | 14.99 | T |
| 1385312 MAGPUL G3 25RD | 23.99 | T |
| 1385312 MAGPUL G3 25RD | 23.99 | T |
| 1415650 VOODOO DBL BUNG | 19.99 | T |
| 1313636 MAGPUL MOE PMAG | 16.99 | T |
| 1313636 MAGPUL MOE PMAG | 16.99 | T |
| 1313636 MAGPUL MOE PMAG | 16.99 | T |
| 1313636 MAGPUL MOE PMAG | 16.99 | T |
| SUBTOTAL | 180.90 | |
| SALES TAX | 14.56 | |
| TOTAL | 195.46 | |
| VISA | (195.46) | |

VISA SALE $195.46
XXXXXXXXXXXX5657 SWIPED
APPR: 025586
JOURNAL: [illegible]

Tran Code: 05J 13M8 007 03F2
*05J13M800703F2*

Register:REG7 862 # 87
Mar 28 2016 2:16 PM
Thank you for shopping at
SPORTSMAN'S WAREHOUSE!
30-day return policy with receipt only. Merchandise must be resaleable.
For the safety of our customers, all sales of firearms, ammunition, powder, primers, thermal underwear, and swimwear are FINAL.

We value your opinion - visit
www.sportsmanswarehouse.com/opinion
to complete a survey about your recent shopping experience.
For your time, you will be entered into our monthly drawing for a chance to win 1 of 5
$100.00 gift cards
which can be redeemed in store

See back of receipt for your chance to win $1000

ID #: 7JZ96M1VT40Y

Walmart
Save money. Live better.

( 858 ) 268 - 2885
MANAGER DAVID HOGAN
4840 SHAWLINE ST
SAN DIEGO CA 92111
ST# 05338 OP# 001769 TE# 77 TR# 09345

| | | |
|---|---|---|
| FED AMMO | 002946506331 | 36.44 |
| FED AMMO | 002946506331 | 36.44 |
| ** VOIDED ENTRY ** | | |
| FED AMMO | 002946506331 | 36.44- |
| | SUBTOTAL | 36.44 |
| TAX 1 | 8.000 % | 2.92 |
| | TOTAL | 39.36 |
| | CASH TEND | 40.00 |
| | CHANGE DUE | 0.64 |

# ITEMS SOLD 1

TC# 8595 3779 5042 6699 4809

Low Prices You Can Trust. Every D
08/29/16 15:27:55

****** RETURN & EXCHANGE POLICY **
All ammunition sales are fina
******************************
Savings Catcher! Scan with Walmar



**DISCOUNT GUN MART**
& INDOOR RANGE

1510 Morena Blvd Suite F
San Diego, CA 92110
(619) 276-8730
www.discountgunmart.com
E-mail: prostaff@discountgunmart.com

Open 7 Days/Week
Sun-Thurs 10-9
Fri 10-10 Sat 9-10

Order #106376 Cust# [illegible] Aug 06 [illegible]
[illegible] 11 [illegible] 12:29

Item Number [illegible]

205022 [illegible] 35 369.[illegible]
S&W 442 38[illegible] MAT[illegible]
152810
Serial-#'s [illegible]349
DROS 1 25.00 25.00
CA DEALER [illegible] OF SALE
MANDATORY (COMPOSITE)
305951 2 * 15.95 31.90
HASTECH 38SPL 158GR FMJ
382

Subtotal 446.85
Tax 33.75
Total sale 480.60

Cred Card 480.60
Card # ***********2580
Exp-date **** Auth.04[illegible]2

Deposit Rec'd 480.60

Balance due .00

PRITCHARD, MELISSA R[illegible] A.
4818 INGRAHAM ST
SAN DIEGO, CA 92109
310-923-5915

amount is paid in full. If this is a credit card transaction, I agree to pay the amount that is to be posted to my credit card account and to be bound by this agreement.

DAY LEY?

nufacturer. Discount Gun IMPLIED, AS TO NEW ser, DGM will act as the customer. This includes ; warranty station, at our er's warranty. DGM will s warranty or for one year KES NO OTHER WARRANTY, IMITED TO ANY WARRANTY OF FITNESS FOR A PARTICU-

1 will be repaired for mechanical ving date of sale subject to the ively to repair or replacement (at contain defects in materials or icement only if notified in writing eriod and within thirty (30) days nown to the purchaser, and the sportation charges to DGM shall not apply to any damages to the t, alterations or repairs made by XPRESSLY IN LIEU OF ANY STATUTORY, INCLUDING TNESS FOR A PARTICULAR FUNCTIONING WITH ANY ION). THE REMEDIES SET E REMEDIES OF ANY PUR- SPECIAL, INCIDENTAL OR

(DROS) processing fee is not before submission of DROS to o pay costs incurred by DGM to

anceled by Department of Justice ser, a $35.00 cancellation fee will

(layaway/warranty p01 2.2)

**Aero Precision**
Aero Precision: New Order # 100054754
January 22, 2016 at 7:20 PM
Melissa (Acting) Pratchard (Goad)

## THANK YOU FOR YOUR ORDER FROM AERO PRECISION.

Once your package ships we will send an email with a link to track your order. Your order summary is below. Thank you again for your business.

**Order Questions?**

**Call Us:** 253-272-8188
Monday - Friday, 7am - 4pm. Closed Saturday & Sunday.
**Email:** orders@aeroprecisionusa.com

## Your order #100054754

Placed on January 22, 2016 7:19:59 PM PST

**Your order contains a controlled item. Please disregard the Shipping Information as your order will be shipped to the FFL.**

FFL Details

**FFL Name:** Discount gun mart
**FFL Phone:** 6192768730
**FFL Zip Code:** 92110

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| M5 (.308) STRIPPED LOWER RECEIVER, ANODIZED BLACK (BLEM)<br>SKU: APAR308003B | 1 | $138.75 | |



aeroprecisionusa.com/m5-308-stripped-lower-receiver-blem.html
M5 (.308) Stripped Lower Receiver, Anodized Black (BLEM)
Product Sku: APAR308003B
$185.00 $138.75
Must Be Shipped to FFL Dealer
QTY: 1
ADD TO CART
DESCRIPTION
SPECIFICATIONS
REVIEWS
FINISH YOUR BUILD

Our M5 .308 Stripped Lower Receiver helps you build a big-bore AR from the ground up. Mil-spec dimensions and coating ensure the highest quality and correct component interface.

Features:

- Works with standard DPMS 308 components and magazines
- Rear takedown pin detent hole is threaded for a 4-40 set screw
- Bolt catch is threaded for a screw pin (no roll pin needed)
- Integrated trigger guard
- Selector markings will work with 45, 60 or 90 degree safety selectors
- Accepts Battle Arms Development short throw safety selectors, but will work with any standard selector
- No gap with aftermarket pistol grips

M5 | 308 Stripped L ×
aeroprecisionusa.com

Features:

- [illegible] components and magazines
- [illegible]
- [illegible]
- Integral trigger guard
- [illegible] safety selector
- Accepts Battle Arms [illegible] any standard selector
- [illegible]

Includes:

- [illegible]

This product is blemished. Blemishes may include:

- [illegible]
- Pits
- Scratches
- Dents
- [illegible]

[illegible]

FFL Terms and Conditions

[illegible]

[illegible]

[illegible]

Fax: [illegible] | Email: [illegible]

There will be a 30% restocking fee on all lower receivers returned because of failed

| | |
|---|---|
| Subtotal | $138.75 |
| Shipping & Handling | $0.00 |
| Grand Total | $138.75 |

**BILL TO:**

Melissa Pratchard
4818 Ingraham St
San Diego, California, 92109
United States
T: 3109235915

**SHIP TO:**

Melissa Pratchard
4818 Ingraham St
San Diego, California, 92109
United States
T: 3109235915

**SHIPPING METHOD:**

FREE Economy Ground Shipping 5 - 8 Day - Free

**PAYMENT METHOD:**

Credit Card (Authorize.net)

| | |
|---|---|
| Credit Card Type: | Visa |
| Credit Card Number: | xxxx-3219 |
| Processed Amount: | $138.75 |

Thank you, Aero Precision!