**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Cindy K. Jorgenson | **Date:** July 9, 2018 |
| **USA v. Joshua Joel Pratchard** | **Case Number:** CR-18-01256-001-TUC-CKJ (JR) |

**Assistant U.S. Attorney:** Beverly K. Anderson
**Attorney for Defendant:** Laura Udall and Dan H. Cooper, Retained
**Interpreter:** N/A
**Defendant:** ☒Present   ☐ Not Present   ☐ Released   ☒Custody   ☐ Summons   ☐ Writ
Restraint Level 5

**MOTION HEARING:**

This matter comes before this Court on defendant's Motion for Reconsideration and Appeal from Magistrate order for detention (Doc. 19).

Government has two witnesses, Mr. Cooper objects to one of the witnesses for reasons stated on the record. The Court will allow the witness testimony.

Opening briefs by government and defense counsel heard.

3:41 p.m. – Government calls their first witness Ryan McGee. Witness is seated, sworn and direct examined. Evidence is entered, exhibit 1 admitted. Cross examine by Mr. Cooper. Redirect. Witness steps down.

4:19 p.m. – Government calls next witness, Bridget Santos. Witness is seated, sworn and direct examined. Cross examined by Ms. Udall; evidence is entered, exhibits A-E admitted. Videos played.

5:06 – Court is recessed.

Motion hearing continues to 7/10/2018 at 3:00 p.m. before Judge Jorgenson.

| | |
|---|---|
| **Court Reporter** Cheryl Cummings | **Mtn Hrg 1 hr 47 min** |
| **Deputy Clerk** Martha Hernandez | |
| | **Start: 3:19 p.m.** |
| | **Stop: 5:06 p.m.** |