FILED ___ LODGED
RECEIVED ___ COPY

JUL 10 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Joshua Joel Pratchard,
DEFENDANT.

CR 18-01256-TUC CKJ (JR)

**WITNESS LIST**

| PRESIDING JUDGE<br>Senior Judge Cindy K. Jorgenson | COURTROOM DEPUTY<br>Martha Hernandez | COURT REPORTER<br>Cheryl Cummings |
|---|---|---|
| **HEARING** DATE(S)<br>July 9, 2018 | PLAINTIFF ATTORNEY(S)<br>Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY<br>Dan H. Cooper, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 7/9/2018 | 7/9 & 7/10/18 | Bridget Riley Santos | |
| 2 | | 7/9/2018 | 7/9/2018 | Ryan T. McGee | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |