UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



United States of America,
    PLAINTIFF,

CR 18-01256-TUC CKJ (JR)

vs.

**EXHIBIT LIST**

Joshua Joel Pratchard,
    DEFENDANT.

| PRESIDING MAGISTRATE Senior Judge Cindy K. Jorgenson | COURTROOM DEPUTY Martha Hernandez | COURT REPORTER Cheryl Cummings |
|---|---|---|
| Hearing/TRIAL DATE(S) July 9, 2018 | PLAINTIFF ATTORNEY(S) Beverly K. Anderson, AUSA | DEFENDANT ATTORNEY(S) Dan H. Cooper, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 7/9/2018 | Submitted On-Line Tip Public Access Line |
| 2 | | | Incident report provided by San Francisco Police dept. |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1