*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*



United States of America
PLAINTIFF

V.

Joshua Joel Pratchard
DEFENDANT

Defense EXHIBIT LIST

CASE NUMBER: CR-18-1256-01-CKJ(JR)

| PRESIDING JUDGE<br>Cindy K. Jorgenson | COURTROOM DEPUTY<br>Martha Hernandez | COURT REPORTER<br>Cheryl Cummings |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>7/9/2018 | PLAINTIFF ATTORNEY(S)<br>Beverly Anderson, AUSA | DEFENDANT ATTORNEY(S)<br>Dan Cooper, Esq.<br>Laura Udall, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | A | 7/9/2018 | E-mail - Letter to Josh from Mr. and Mrs. Roland Santos. |
|  | B | 7/9/2018 | E-mail - Letter to Mr. and Mrs. Santos from Josh Pratchard (dated 10/25/17) |
|  | C | 7/9/2018 | Video |
|  | D | 7/9/2018 | Video |
|  | E | 7/9/2018 | Video |
|  | F | 7/10/2018 | Chart of text messages between Mr Pratchard and Mrs. Santos |