IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) NO. 18CR1256-CKJ (JR)<br>) |
| vs. | ) WAIVER OF PERSONAL<br>) APPEARANCE AT ARRAIGNMENT<br>) AND |
| Joshua Joel Pratchard | ) ENTRY OF NOT GUILTY PLEA |
| Defendant. | ) AND<br>) ACKNOWLEDGMENT OF TRIAL DATE<br>) PLEA DEADLINE |

The Defendant and Defendant's attorney acknowledge and agree that:

(1)     Defendant's attorney has provided the Defendant a copy of the indictment;

(2)     Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3)     Defendant understands there is a right to appear personally at the arraignment to be advised of the charge(s). Defendant also understands that the execution of this waiver results in a waiver of the right to appear at the arraignment;

(4)     Defendant's attorney is authorized to appear at the arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of not guilty at the arraignment on Defendant's behalf.

Defendant, having conferred with the attorney of record, waives personal appearance and the reading of the indictment at arraignment in this case. Defendant authorizes the entry of a not guilty plea on behalf of Defendant.

Defendant further waives personal notice of the date of trial and acknowledges that the trial will be on August 17th, 2018 at 9:30 a.m. with a plea deadline of August 3rd, 2018 by 3:00 p.m. before the paired Magistrate Judge. Defendant understands that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

Defendant's true name is: Joshua Joel Pratchard

Date: 7/2/18

Joshua Joel Pratchard, Defendant

Witnessed By:

Date: 7/3/18

Attorney for Defendant