Dan H. Cooper, Bar No. 004900
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-01256-CKJ-JR |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL** |
| JOSHUA JOEL PRATCHARD, | |
| Defendant. | (1st Unopposed Request) |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(7) may occur as a result of this motion or of an order based thereon.

Defendant, Joshua Pratchard, by and through his attorney undersigned, Dan H. Cooper, respectfully requests this Court to continue all scheduled dates including the trial date of August 21, 2018. Additional time is needed to prepare for trial. Therefore, it is respectfully requested that a sixty-day continuance be granted. Assistant United States Attorney, Beverly Anderson, has also been contacted and has no objection to this motion. This is the first continuance filed in this case.

RESPECTFULLY SUBMITTED this 31st day of July, 2018.

By s/ *Dan H. Cooper*
Dan H. Cooper