ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED
2018 NOV -1  AM 11: 04
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Joshua Joel Pratchard,<br><br>　　　　　　Defendant. | <u>S U P E R S E D I N G</u><br><br><u>I N D I C T M E N T</u><br><br>CR 18-01256-TUC-CKJ (JR)<br><br>Violations:<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of a Firearm<br>by Convicted Felon)<br>Counts 1, 3, 5, 6<br><br>18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D)<br>(Transferring a Firearm to an Out-of-State Resident)<br>Counts 2, 4<br><br>26 U.S.C. §§§ 5841, 5861(d) and 5871<br>Possession of Unregistered Firearm<br>Counts 7, 9, 11, 12,<br><br>26 U.S.C. §§§ 5861(e), 5812, 5871<br>Transfer of Firearm in Violation of NFA<br>Counts 8, 10,<br><br>18 U.S.C. §§ 931(a) and 924(7)<br>Possession of Body Armor by Violent Felons<br>Count 13<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 14, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm; to wit: a 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm,".

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about April 14, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully sell a firearm, to wit: a 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm" to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State in which the defendant was residing at the time of the aforesaid sale of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 3

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm and ammunition, that is, one AR 15-type rifle, .300 Blackout caliber rifle with no serial number, a device for silencing, muffling, or diminishing the report of a portable firearm, that is a silencer, as defined in 18 U.S.C. Section 921(a)(24) and approximately five-hundred (500) rounds of 7.62 x 35mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, did willfully sell a firearm, to wit: one AR 15-type rifle, .300 Blackout caliber rifle with no serial number, to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State in which the defendant was residing at the time of the aforesaid sale of the firearm.

In violation of Title 18, United States Code, Section 922(a)(5) and 924(a)(1)(D).

## COUNT 5

On or about June 1, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit: one .45 caliber pistol, with markings "SD012916, SD Tactical Pacific Beach, CA, 1911 A1"; one .300 Blackout caliber AR-15 type rifle, with additional markings "300 Blackout"; one AR-15 type rifle, .223 caliber; a device for silencing, muffling, or diminishing the report of a portable firearm, that is a silencer, as defined in 18 U.S.C. Section 921(a)(24), approximately fifty-one (51) rounds of .45 caliber ammunition, approximately one-hundred nineteen (119) rounds of 7.62 x 35mm ammunition, and approximately one-hundred forty-nine (149) rounds of .223 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6

On or about May 30, 2018, to June 1, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate or foreign commerce, a firearm and ammunition, to wit: one .45 caliber handgun, with markings "SD990809, SD Tactical Pacific Beach, CA 1911 Ultra 45"; approximately two-hundred sixty-one (261) rounds of .223/5.56 mm ammunition, approximately seven-hundred seventy-one (770) rounds of 7.62 x 35 mm ammunition, and approximately one-hundred fourteen (114) rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 7

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, knowingly possessed a firearm, to wit: one .300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches, a "firearm", as defined by Title 26, United States Code, Section 5845(a)(3), not registered to JOSHUA JOEL PRATCHARD in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 8

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, knowingly and unlawfully transferred a firearm, to wit:  one .300 Blackout caliber AR-type rifle, no serial number, having a barrel less than 16 inches, that is, approximately 10-7/16 inches, a "firearm," as defined by Title 26, United States Code, Section 5845(a)(3), in violation of Title 26, United States Code, Sections 5812, in that JOSHUA JOEL PRATCHARD transferred said firearm to another individual without completing the application and obtaining the approval as required by Title 26, United States Code, Section 5812.

In violation of Title 26, United States Code, Section 5861(e), 5812 and 5871.

## COUNT 9

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, knowingly possessed a firearm to wit: a device for silencing, muffling, or diminishing the report of a portable firearm, that is a silencer, as defined in 18 U.S.C. Section 921(a)(24) and 26 U.S.C. 5845(a)(7), not registered to JOSHUA JOEL PRATCHARD in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845, 5861(d) and 5871.

## COUNT 10

On or about May 30, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, knowingly and unlawfully transferred a firearm, to wit: a device for silencing, muffling, or diminishing the report of a portable firearm, that is a silencer, as defined in 18 U.S.C. Section 921(a)(24) and 26 U.S.C. 5845(a)(7), in violation of Title 26, United States Code, Section 5812, in that JOSHUA JOEL PRATCHARD transferred said firearm to another individual without completing the application and obtaining the approval as required by Title 26, United States Code, Section 5812.

In violation of Title 26, United States Code, Section 5861(e), 5812 and 5871.

## COUNT 11

On or about June 1, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, possessed a firearm, to wit: one .300 Blackout caliber AR-15 type, rifle with additional markings "300 Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8 inches, a "firearm", as defined by Title 26, United States Code, Section 5845(a)(3), not registered to JOSHUA JOEL PRATCHARD in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 12

On or about June 1, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, knowingly possessed a firearm, to wit: a device for silencing, muffling, or diminishing the report of a portable firearm, that is a silencer, as defined in 18 U.S.C. Section 921(a)(24) and 26 U.S.C. 5845(a)(7), not registered to JOSHUA JOEL PRATCHARD in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845, 5861(d) and 5871.

## COUNT 13

On or about June 1, 2018, at or near Tucson, in the District of Arizona, the defendant, JOSHUA JOEL PRATCHARD, having been previously convicted of a felony crime of violence, as defined in 18 U.S.C. § 16, did knowingly possess in and affecting interstate commerce, body armor, to wit: one Striker Industries Tactical Gear, Model 182202, Level III, Size 10x12, Serial numbers 114369 and 114347, date of manufacture 08/16/17.

In violation of 18 U.S.C. Sections 931(a) and 924(a)(7).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 12 of this Indictment, defendant, Joshua Joel Pratchard, shall forfeit to the United States pursuant to:

a) Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm"";
- 300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches;
- Two (2) silencers;

- .45 caliber handgun, with markings "SD990809, SD Tactical Pacific Beach, CA 1911 Ultra 45";
- two-hundred sixty-one (261) rounds of .223/5.56 mm ammunition;
- seven-hundred seventy (770) rounds of 7.62 x 35 mm ammunition;
- one-hundred fourteen (114) rounds of .45 caliber ammunition;
- .45 caliber pistol, with markings "SD012916, SD Tactical Pacific Beach, CA, 1911 A1";
- .300 Blackout caliber AR-15 type, rifle with additional markings "300 Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8 inches;
- AR-15 type rifle, .223 caliber;
- fifty-one (51) rounds of .45 caliber ammunition;
- one-hundred nineteen (119) rounds of 7.62x 35mm ammunition; and
- one-hundred forty-nine (149) rounds of .223 caliber ammunition.

b)  Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in any violation of the offense(s), including, but not limited to:

- .300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches;
- Two (2) silencers;
- .300 Blackout caliber AR-15 type, rifle with additional markings "300 Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8 inches;

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States,

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

———————————————
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

Assistant U.S. Attorney

Dated: November 1, 2018