ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Joshua Joel Pratchard,<br><br>   Defendant. | CR 18-01256-TUC-CKJ (JR)<br><br>JOINT MOTION FOR PRE PLEA PRELIMINARY GUIDELINE CALCULATION |

   The parties, including the United States of America, by and through undersigned counsel, plus Dan Cooper and Laura Udall, counsel for the defendant, hereby request this Honorable Court to order the probation department to prepare a Preliminary U.S.S.G. Report in the present case. The charges in the present case include numerous firearms, including NFA firearms and ammunition, which are the subject of multiple counts and which span a time period of approximately three (3) months. The parties believe a preliminary guideline calculation could assist in pretrial plea negotiations. Counsel for the defendant has reviewed this Joint Request and agrees with its content and submission.

   Respectfully submitted this 6th day of November, 2018.

                ELIZABETH A. STRANGE
                Acting United States Attorney
                District of Arizona

                *s/Beverly K. Anderson*

                BEVERLY K. ANDERSON
                Assistant U.S. Attorney

| 1  | Copy of the foregoing served electronically or by other means this 6th day of November, 2018 to: |
|----|---|
| 2  | |
| 3  | Dan Cooper, Esq.<br>Laura Udall, Esq.<br>Counsel for Defendant Pratchard |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | |
| 9  | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |