# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Joshua Joel Pratchard,<br><br>        Defendant. | CR18-01256-TUC-CKJ (JR)<br><br>**ORDER** |

The Court having read the [Docket #43] Joint Motion for Pre Plea Preliminary Guideline Calculation and consulted with the Deputy Chief U.S. Probation Officer,

**IT IS HEREBY ORDERED** that the Joint Motion is denied.

**IT IS FURTHER ORDERED** that the parties are directed to meet with either a guideline specialist or supervisor to review the preliminary guideline calculations.

Dated this 7th day of November, 2018.

_____
Honorable Jacqueline M. Rateau
United States Magistrate Judge