ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Joshua Joel Pratchard,<br><br>    Defendant. | CR 18-01256-TUC-CKJ (JR)<br><br>NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |

The United States of America, by and through its undersigned attorneys, hereby gives notice, pursuant to Rule 16.1 of the Local Rules of Criminal Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements provided in government disclosure may be introduced into evidence by the government at the trial in this matter. See *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 14th day of January, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 14th day of January, 2019 to:

Dan Cooper, Esq.
Laura Udall, Esq.
Counsel for Defendant Pratchard