Dan H. Cooper, Bar No. 004900
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-18-01256-CKJ-JR |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF HEARING** |
| ) | |
| JOSHUA JOEL PRATCHARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that Defendant's Change of Plea is set for <u>Friday, January 8, 2019</u>, at the hour of <u>10:30 a.m.</u>, before the Honorable Jacqueline Rateau, U.S. District Courthouse, Tucson, Arizona.

RESPECTFULLY SUBMITTED this  <u>5th</u>  day of January, 2019.

By <u>s/ *Dan H. Cooper*</u>
Dan H. Cooper