# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



| | |
|---|---|
| United States of America | Case Number: CR-18-01256-001-TUC-CKJ (JR) |
| v. | CONSENT OF DEFENDANT |
| Joshua Joel Pratchard | AND ORDER OF REFERRAL |

## ORDER OF REFERRAL

Defendant Joshua Joel Pratchard having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Jacqueline M. Rateau to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

**SO ORDERED:**

_____
Honorable Cindy K. Jorgenson
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_____
Defendant

_____
Counsel for Defendant

_____ 2/8/19
Assistant U.S. Attorney

Dated this 8th day of February, 2019.