FILED ___ LODGED
RECEIVED ___ COPY

FEB 8 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-01256-TUC-CKJ (JR) |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| Joshua Joel Pratchard, | |
| Defendant. | |

Based upon the defendant having pled guilty and having made an admission to facts in support of the plea, and the Court having considered those facts, it is

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America:

- 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm"";
- 300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches;
- Two (2) silencers;
- .45 caliber handgun, with markings "SD990809, SD Tactical Pacific Beach, CA 1911 Ultra 45";
- two-hundred sixty-one (261) rounds of .223/5.56 mm ammunition;
- seven-hundred seventy (770) rounds of 7.62 x 35 mm ammunition;

1  • one-hundred fourteen (114) rounds of .45 caliber ammunition;
2  • .45 caliber pistol, with markings "SD012916, SD Tactical Pacific Beach, CA,
3    1911 A1";
4  • .300 Blackout caliber AR-15 type, rifle with additional markings "300
5    Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8
6    inches;
7  • AR-15 type rifle, .223 caliber;
8  • fifty-one (51) rounds of .45 caliber ammunition;
9  • one-hundred nineteen (119) rounds of 7.62x 35mm ammunition; and
10 • one-hundred forty-nine (149) rounds of .223 caliber ammunition,

which constitutes property involved in the commission of the offenses for which the defendant pled guilty.

The Court has determined, based on the defendant's plea of guilty, that the government has established the requisite nexus between such property and such offense.

Pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure the United States shall publish notice of this order. Notice shall be published for at least 30 consecutive days on an official internet government forfeiture site (www.forfeiture.gov). The notice shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition.

The petition shall be for a hearing to adjudicate the validity of his/her alleged interest in the forfeited property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n). The petition must be filed with the Clerk of the Court, United States District Court for the District of Arizona, 405 West Congress Street, Suite 1500, Tucson, Arizona 85701-

5010, and a copy served upon Assistant United States Attorney Beverly K. Anderson, 405 West Congress Street, Suite 4800, Tucson, Arizona 85701-5040.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

The Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

Dated this ____ day of February, 2019.

Hon. Jacqueline M. Rateau
United States Magistrate Judge

*United States of America v. Joshua Joel Pratchard*
*Preliminary Order of Forfeiture Page 3 of 3*