ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-01256 TUC CKJ (JR) |
|---|---|
| Plaintiff, | NOTICE OF PUBLICATION |
| vs. | |
| Joshua Joel Pratchard,<br>　　　　　Defendant. | |

  PLEASE TAKE NOTICE that notice of the Preliminary Order of Forfeiture in this action was posted on an official internet government website (www.forfeiture.gov) from February 13, 2019 through March 14, 2019.  The Affidavit of the Asset Forfeiture Paralegal and Advertisement Certification Report are attached.

  Respectfully submitted this 26th day of March, 2019.

              ELIZABETH A. STRANGE
              First Assistant United States Attorney
              District of Arizona

              *s/ Beverly K. Anderson*

              BEVERLY K. ANDERSON
              Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 26th day of March, 2019, to:

Dan H. Cooper, Esq.
Attorney for Defendant Pratchard