# AFFIDAVIT

I, Erin Peru, am a Forfeiture Support Associates Paralegal assigned to the United States Attorney's Office for the District of Arizona, Tucson, Arizona, and am the responsible paralegal for this action.  This affidavit is made in support of a notice of publication filed in *United States v. Joshua Joel Pratchard*, CR 18-01256 TUC CKJ (JR).

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, and consistent with the provisions of Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, publication was posted, which was reasonably calculated to notify all potential claimants, that a Preliminary Order of Forfeiture had been entered for the above-referenced case. The publication was posted on the official government forfeiture website, www.forfeiture.gov.  Such publication was posted consecutively on the site from February 13, 2019 through March 14, 2019, as evidenced by the attached Advertisement Certification Report.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted on this 26th day of March, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

Erin Peru
FSA Paralegal