

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 13, 2019 and March 14, 2019.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Joshua Joel Pratchard

**Court Case No:**        CR18-1256 TUC CKJ (JR)
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/13/2019 | 24.0 | Verified |
| 2 | 02/14/2019 | 24.0 | Verified |
| 3 | 02/15/2019 | 24.0 | Verified |
| 4 | 02/16/2019 | 24.0 | Verified |
| 5 | 02/17/2019 | 24.0 | Verified |
| 6 | 02/18/2019 | 24.0 | Verified |
| 7 | 02/19/2019 | 24.0 | Verified |
| 8 | 02/20/2019 | 24.0 | Verified |
| 9 | 02/21/2019 | 24.0 | Verified |
| 10 | 02/22/2019 | 24.0 | Verified |
| 11 | 02/23/2019 | 24.0 | Verified |
| 12 | 02/24/2019 | 24.0 | Verified |
| 13 | 02/25/2019 | 24.0 | Verified |
| 14 | 02/26/2019 | 24.0 | Verified |
| 15 | 02/27/2019 | 24.0 | Verified |
| 16 | 02/28/2019 | 24.0 | Verified |
| 17 | 03/01/2019 | 24.0 | Verified |
| 18 | 03/02/2019 | 24.0 | Verified |
| 19 | 03/03/2019 | 24.0 | Verified |
| 20 | 03/04/2019 | 24.0 | Verified |
| 21 | 03/05/2019 | 24.0 | Verified |
| 22 | 03/06/2019 | 24.0 | Verified |
| 23 | 03/07/2019 | 24.0 | Verified |
| 24 | 03/08/2019 | 24.0 | Verified |
| 25 | 03/09/2019 | 24.0 | Verified |
| 26 | 03/10/2019 | 24.0 | Verified |
| 27 | 03/11/2019 | 24.0 | Verified |
| 28 | 03/12/2019 | 24.0 | Verified |
| 29 | 03/13/2019 | 24.0 | Verified |
| 30 | 03/14/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR18-1256 TUC CKJ (JR); NOTICE OF FORFEITURE

Notice is hereby given that on February 08, 2019, in the case of U.S. v. Joshua Joel Pratchard, Court Case Number CR18-1256 TUC CKJ (JR), the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

9mm caliber rifle bearing the marking "SD Tactical, Pacific Beach, CA, AR-9," Ser No: SD071082 (18-FBI-006955) which was seized from Unknown on April 14, 2018 at Unknown Location, located in Tucson, AZ

Miscellaneous firearms and ammunition seized from a 2018 Ford F-150, VIN 1FTEW1EG8JKD08460, registered to Second Chance Fields in the possession of Joshua Pratchard (18-FBI-006956), including the following items: One Silencer; One .45 caliber pistol with markings "SD Tactical Pacific Beach, CA, 1911 A1", Ser No: SD012916; One .300 Blackout caliber rifle with markings "300 Blackout", Ser No: None; One AR-15 type rifle, .223 caliber, Ser No: None; 51 rounds of .45 caliber ammunition; 119 rounds of 7.62x35 ammunition; 149 rounds of .223 ammunition, which were seized from Joshua Pratchard on June 01, 2018 at 275 N. Commerce Park Loop, located in Tucson, AZ

Miscellaneous firearms and ammunition (18-FBI-006957), including the following items: One 300 Blackout caliber rifle, Ser No: None; One Silencer; 155 rounds of .223/5.56 ammunition; 768 rounds of 7.62x35 ammunition; 107 rounds of .45 caliber ammunition, which were seized from Unknown on June 01, 2018 at Unknown Location, located in Tucson, AZ

Miscellaneous firearms and ammunition seized from a 1985 Chevrolet motorhome, VIN #1GBKP37W0F3345248 registered to Joe Adams (18-FBI-006958), including the following items: One .45 caliber handgun with markings "SD Tactical Pacific Beach, CA, 1911 Ultra 45", Ser No: SD990809; 7 rounds of .45 caliber ammunition; 106 rounds of .223/5.56mm ammunition; 2 rounds of 7.62x35mm ammunition, which were seized from Unknown on June 19, 2018 at 19955 S. State Rt 286, located in Tucson, AZ

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 13, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 405 West Congress Street, Suite 1500, Tucson, AZ  85701, and a copy served upon Assistant United States Attorney Beverly K.

Anderson, 405 W. Congress Street, Suite 4800, Tucson, AZ  85701.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Beverly K. Anderson, 405 W. Congress Street, Suite 4800, Tucson, AZ  85701.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.