Dan H. Cooper, Bar No. 004900
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-01256-CKJ-JR |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |
| JOSHUA JOEL PRATCHARD, | ) | |
| | ) | |
| Defendant. | ) | (Unopposed) |
| | ) | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(7) may occur as a result of this motion or of an order based thereon.

Defendant, Joshua Pratchard, by and through his attorney undersigned, Dan H. Cooper, respectfully requests this Court move the sentencing date of July 1, 2018 to either August 26, 2019 or August 27, 2019. Assistant United States Attorney, Beverly Anderson, has also been contacted and has no objection to this motion.

RESPECTFULLY SUBMITTED this 24th day of June, 2019.

By _s/ Dan H. Cooper_
Dan H. Cooper