Defendant on patrol with AZBR

Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

75

1