Firearm sold by Defendant on 4/14/18



EXHIBIT 7
8-MJ-03091-TUC (EJM)