Firearm, silencer and ammunition sold by Defendant on 5/30/18



EXHIBIT 8
8-MJ-03091-TUC (EJM)