Items seized from Defendant's vehicle

on June 1, 2018



U.S. v. Joshua J. Pratchard

1.61

EXHIBIT 12
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard  1.62

EXHIBIT 13
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard  1.64

EXHIBIT 14
8-MJ-03091-TUC (EJM)

6



U.S. v. Joshua J. Pratchard                                       1.72

EXHIBIT 15
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard                                    1.71

EXHIBIT 16
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard     1.74

EXHIBIT 17
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard

1.78

EXHIBIT 18
18-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard                                   1.81

EXHIBIT 19
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard

1.89

EXHIBIT 21
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard

1.88

EXHIBIT 22
8-MJ-03091-TUC (EJM)

12



U.S. v. Joshua J. Pratchard

EXHIBIT 23
8-MJ-03091-TUC (EJM)



U.S. v. Joshua J. Pratchard

1.93

EXHIBIT 25
8-MJ-03091-TUC (EJM)

14



U.S. v. Joshua J. Pratchard

1.96

EXHIBIT 27
8-MJ-03091-TUC (EJM)