Firearms and ammunition seized from
Defendant's home in San Diego on June 1, 2018



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2007

16



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2009



Dan M. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)



Dan H. Cooper, Esq.
Gov's Supp. Decl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (EJM)

2012



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2013

20



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2015



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2016

Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2017

23



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

24



Dan H. Cooper, Esq.
Gov's Supp. Disc.

U.S. v. Joshua Joel Pritchard
CR 18-01256-TUC-CKJ (JR)

2019



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2020





Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2024



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2025

29



**Dan H. Cooper, Esq.**
**Gov's Supp. Discl.**

**U.S. v. Joshua Joel Pratchard**
**CR 18-01256-TUC-CKJ (JR)**

**2026**



SD TACT · · · IFIC BEACH, CA
CMD
·D908

Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2027



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2029

32



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2033



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2034

Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2036



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2039



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2042



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2043



Dan H. Cooper, Esq.
Gov's Supp. Discl.



Dan H. Cooper, Esq.
Gov's Supp. Disci.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2046



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2050



Det. H. Cooper, TPD
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

2057