Defendant's closet in San Diego.  Note equipment for manufacturing firearms and ammunition loading



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

171

45



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

172

46



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)



Dan H. Cooper, Esq.
Gov's Supp. Discl.



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

175

49



Dan H. Cooper, Esq.
Gov's Supp. Discl.



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1019



Dan H. Cooper, Esq.          U.S. v. Joshua Joel Pratchard                    1020
Gov's Supp. Discl.           CR 18-01256-TUC-CKJ (JR)

52



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1021

53



Don H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1022



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pritchard
CR 18-01256-TUC-CKJ (JR)

1023



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1024

56



1025

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

Dan H. Cooper, Esq.
Gov's Supp. Decl.

57



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1026



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1028



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1029

60



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1030

61



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1031



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1032

63



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1033

64



Dan H. Cooper, Esq.          U.S. v. Joshua Joel Pratchard          1034
Gov's Supp. Discl.           CR 18-01256-TUC-CKJ (JR)

65



1035

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

Dan H. Cooper, Esq.
Gov's Supp. Dis-I

66



Dan H. Cooper, Esq.         U.S. v. Joshua Joel Pratchard           1036
Gov's Supp. Discl.          CR 18-01256-TUC-CKJ (JR)

67



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1967



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1968



Dan H. Cooper, Esq.
Grey's Supp. Black

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1970



Dan H. Cooper, Esq.
Gov's Supp. Discl

U.S. v. Joshua Jent Pritchard
CR 18-01256-TUC-CKJ (JR)

1972



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1981

72



Dan H. Cooper, Esq.
Gov's Supp. Discl.

U.S. v. Joshua Joel Pratchard
CR 18-01256-TUC-CKJ (JR)

1991