Dan H. Cooper, Bar No. 004900
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

Laura E. Udall, Bar No. 010501
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
ludall@cooperudall.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-01256-CKJ-JR |
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| | **SUPPORTING DOCUMENTS** |
| JOSHUA JOEL PRATCHARD, | |
| Defendant. | |

Josh Pratchard, through counsel, submits the following documents in support of the Sentencing Memorandum (Doc # 74).

1. Exhibit A-     Family Support Character letters from:

    a) Joel Pratchard

    b) Melissa-Rae Annette Pratchard with attachment

    c) Dottie Pratchard

    d) Scott Goad

    e) Stephen Freese

    f) Ruth McNamara

    g) Jennifer Maldonado

1

2                             h)  Peter and Diana McIntyre

i)    James Clay

3

j)    Pastor George Clerie

4

k)  David Hidden Jr.

5

l)    Daniel Diaz

6

7                            m) Britt Van Baalen

8                             n)  Joyce Eckenrode

9                             o)  Troy Stokoe

10                            p)  Chris Bennett

11

12       RESPECTFULLY SUBMITTED this 20th day of August, 2019.

13

14                                 By  s/Dan H. Cooper
                                          Dan H. Cooper

15

16                                 By  s/Laura E. Udall
                                          Laura E. Udall

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT

# A

1

August 5, 2019

Honorable Cindy K. Jorgenson

United States District Court

District of Arizona

405 West Congress

Tucson, AZ 85701

Re: Joshua Pratchard

Dear Honorable Cindy K. Jorgenson,

My name is Joel Pratchard; I am Joshua Pratchard's dad, and I would like to share a few things with you about Joshua for you to consider.

Joshua, from the time he was a kid, has always had the desire to help others and involve them in the things he was doing. He helped people in the neighborhood, at school, and his coaches with sporting event field preps. Joshua helped teachers and coaches throughout his high school years and beyond.

For years he has helped out with our churches white-water rafting outreach and ministry as a river guide. Our river guides are responsible for the physical, emotional, and spiritual well-being of up to seven on their boats. In this ministry, Joshua has consistently demonstrated a servant's heart and a willingness to put his own needs aside to care for others, all the while with a right attitude and motivation.

He started a non-profit organization to help high-school athletes in the community, repairing and providing new playing fields and facilities as well as organizing after school tutoring for the student-athletes. When he got married, he was looking for a way to provide for his family and yet still be able to offer his talents, energy and time to others in the community, and the non-profit presented the pathway to accomplish this.

He realizes that he has made some unwise choices and is looking forward to making things right with his eventual release, his reunification with his family and being involved with me in ministry once again in the church which I pastor in Northern California.

Joshua has also been studying for his contractor's license while incarcerated. He also has plans to continue in his handyman business if he is able. Joshua has always been a hard worker and has had excellent work ethics.

There is an analogy that I often use as an illustration for the trials and tribulations we go through in life, whether self-inflicted or caused by circumstances around us. The analogy states, "if you want to know what is in a sponge, squeeze it." By squeezing the sponge is how you find out what the sponge contains.

Joshua is that sponge. He has been squeezed and wrung out, due to his own choices. As Joshua has been pressed for the past fourteen months, we have seen a young man who has recommitted his life to God re-emerge. He is teaching Bible studies, and he is praying for his fellow inmates, he is spending time studying the Bible to better himself and help others. Josh is acknowledging his wrongdoing. He is desiring to better himself by doing the right thing. Joshua is showing what he is made of, and his strength and compassion for others are shining through.

His wife and son live with my wife and me, and hopefully, when Joshua is released, he will come and live with us too. He will receive continued support to grow in the Lord and continue to learn and serve in the various ministries at church. He will have a lot of accountability with many of the people at church who have known him since he was a kid, they will be around Joshua regularly, working shoulder to shoulder with him.

Our lives and our family, including Josh, have undergone financial, physical, and emotional difficulties and changes as we have journeyed through this past year. We have, however, grown in our faith and drawn closer to the Lord. We have also become more resilient through it all. These traits are all positives, and we are thankful for Joshua's changes, but our lives have a huge hole because of the glaring absence of our son. I realize this is not an easy decision for you and that you put much thought and experience behind each ruling. Please know that I am praying for you in this process.

I close by asking that you would compassionately and mercifully look at Joshua. He has made bad choices, but he is not the evil/wicked person that some would like you to believe. Joshua is learning from those mistakes. He is looking forward to once again becoming a productive member of society if given a chance. My wife and I need him, his wife needs him, and his little boy needs his daddy. Please consider reuniting our family.

Thank you for your thoughtful consideration.

Respectfully,

Joel Pratchard
Senior Pastor
Dad

July 25, 2019

To The Honorable Cindy K. Jorgenson:

My name is Melissa-Rae Annette Pratchard and I am Josh's wife. Josh and I met via an online dating site and started talking in October or November of 2012. We had our first date in San Diego on December 1, 2012. Our relationship started very slowly as I am a cautious person. After many hangouts and a very specific baseball game Josh pitched in, we decided that we belonged with each other. That game Josh had pitched amazing. I stood behind home plate and watched every pitch he threw: curve balls, fast balls, you name it. The baseball game was the first time I really saw Josh as someone I would fall in love with and in May of 2013 we got engaged on a beautiful beach in Kauai and in October that same year, just 10 months after officially dating, we tied the knot.

Our marriage wasn't always perfect, especially in the beginning. We both had our moments, some better and some worse than others. I know we both wish there were moments we could go back and change especially when the police were called in 2014. Fact is, we're not perfect and we know it. That year we were attending a yearlong discipleship school to strengthen and save our marriage. I was a very independent woman before Josh met me. The year before we met, I had just experienced a major loss as my mom had died from a sudden and aggressive rare form of cancer. I believe I didn't know how to be a good wife and Josh didn't know how to be a good husband, but through trial and error, we learned. We never gave up, even though we could have thrown in the towel a dozen times. We always worked through our difficulties, remembering our vows: for better or worse, sickness or health, rich or poor, until death do us part. Successful people fail time and time again, but what makes them stand out, is that they don't give up.

I'm not going to pretend like my husband is perfect, but what I will tell you is that he has a heart of gold. Josh founded a non-profit called Second Chance Fields in October 2013. He had been helping at Mission Bay High School as a pitching coach to some of the kids on the baseball team and saw a major need. The fields these kids played on were horrendous. The schools didn't have money, nor the districts, in fact they had talked about cutting sports. These kids have two options: play a sport and try and make something of yourself OR get into trouble. These kids were at a disadvantage. They weren't given a field they could safely play on, like other schools in richer neighborhoods. And that's where Josh's heart broke and his determination stepped in. After talking with the Athletic Director at Mission Bay and speaking with kids whose dreams had been taken away due to on the field injuries, Josh made it his mission to change that. He truly wanted to do something good for the community. He completed his first project in November of 2013 (just a month after founding the non-profit) and then another in 2014 and another in 2016. Josh was in the middle of completing his fourth project when he was taken into custody on June 1, 2018. He poured his heart and soul into this non-profit and he didn't even get paid to do it. His work was recognized in 2017 by San Diego City Councilwoman Lorie Zapf as he received the

1

"2017 Outstanding Volunteer Award". Our community knew and liked Josh. His non-profit has also been named "Best Non-Profit" 4 years in a row on Great Non-Profits, a website devoted solely to non-profit organizations and voted on by members of the community.

My husband is a people pleaser, much to my dismay. This trait could be viewed as a positive, but I would say it's hurt my husband more in his life than it has done good. I think that is what happened when he became involved with the government informant. I still don't know all that went on or happened, however, I do know that my husband wanted to do well for our family. Josh had started a handyman business that he wanted to turn into a contracting business which was helping to pay our bills, but it was back breaking work which didn't go over well with his already badly injured back. My husband was told about this amazing job opportunity that sounded a little odd and too good to be true in my opinion, but what did I know? The confidential informant in this case was in my house and talking to Josh about a job that could pay him good money. I never questioned this job, but I certainly should have done so. The informant was in my house, holding my child and eating the meals I made. I thought he was helping Josh and I know that this is Josh's fault, but this man really pulled Josh into his web. I strongly believe that "but for" the informant encouraging/enticing Josh he would not have sold the guns. What he has done is wrong. I know that and so does Josh.

Josh has done some amazing things with his time away from us. He has completed classes. He has held jobs (when given the opportunity) and gone above and beyond, taking pride in his work. He gives whatever he can to less fortunate inmates. He has started a bible study and has brought 4 men to Jesus. He has saved one of the men's marriages by counseling him. He was diagnosed as bipolar and is taking medication for it. Earlier this year, he was approached by the Chaplain and was offered to complete a Theology program only offered to a select few and at the end is given a degree in Theology, to which Josh accepted and completed.

Josh and I have been married for almost 6 years. That first year of marriage was rough, but since then, we've learned how to communicate, when to let things go, when to show support, love and encouragement. We have a sweet, smart and handsome little boy who desperately misses his daddy and talks nonstop about him, baseball, airplanes, trains and Star Wars. He wakes up and tells me dreams he has of his daddy taking him on the polar express train to see Santa. He tells me how he can't wait for his daddy to play Legos or take him to a Giants baseball game. If you just mention Giants baseball or show him a baseball shirt or hat and he goes crazy with excitement and shouts, "daddy baseball, daddy baseball!" He keeps asking to help his daddy fly his drone. During Christmas I took our son to a tree lighting festival and someone was flying a drone and Elijah cried because he thought his daddy was flying the drone and he wanted to see his daddy. Can you imagine how heartbreaking that is? This last year our son went from age 2 to 3. Children his age are constantly learning, growing and developing in record fast time. He grew at least 3 inches and has gained 7lbs in his dad's absence. He has gone from a size 2T to 5T in clothing. He's potty trained and now speaks in full sentences with over a hundred words in his vocabulary, compared to the 10 words he

2

knew last June (2018). He knows his colors, shapes and letters. He draws well, can write his name and he colors within the lines. All things he couldn't do last June. All things that have happened while his daddy is away. My heart breaks daily, longing to have my husband home. Josh could not be by my side when my nana was sick and passed away this last March, the last remnants of my momma, or when his service dog, our sweet boxer Kya, passed away suddenly in February. The full burden of providing for our family has fallen on me, juggling that with being a single mom has been incredibly difficult. Besides my mom's death in 2011, this has been the hardest year of my life.

With each trial that we go through, we also learn. I've learned to put my full faith in Jesus because without Him I am lost. I know my husband has done the same. I'm reminded that mistakes happen, but we can learn, grow and not repeat them. I sincerely apologize for the mistakes that were made. Your Honor, mistakes were made, and our family has suffered and paid the price for them. However, God is good, what men meant for harm, He will turn into good (Genesis 50:20). I am praying that you see the mistakes, regret, sincere apologies and heartache and allow our family to pick ourselves up off the floor and start over again. My husband is truly a good man with a good heart, who is quick to apologize and who is capable of change. We so desperately want and need him home with our family. We have a strong church community that has been lifting us up and supporting us through this trial and I truly believe that they will continue to help us navigate life and offer their support and love once Josh comes home.

God Bless,

Melissa Pratchard

Enclosures

3











**osh Pratchard ..................................................... Second Chance Fields**

osh was nominated by four different community members. He is being
ecognized for his efforts in refurbishing fields for children to practice and
lay sports. He founded his own non-profit organization, Second Chance
ields, in 2013 to continue his passion for sports and mission to create a
afe environment for kids wishing to play sports. In 2013, he raised $6000 to
uccessfully replace Mission Bay High School's pitcher's mound to Major
eague specifications. In 2014, he raised $60,000 in monetary and in-kind
onations to successfully replace Mission Bay High School's warning track
o Major League specifications. In 2016, he raised $250,000 in monetary
nd in-kind donations to replace a 100,000 square foot lower sports field in
Del Norte High School. He completes these types of projects and receives
o compensation other than the satisfaction of seeing his dream come to life
n the smiles of the children he is helping!

**Marianne Reiner-Caputo .......................Ocean Beach Elementary School**

Vithout Marianne, Ocean Beach Elementary School's running club would
ot be the successful program that it is today. She coordinates parent
olunteers, manages student achievements and presents awards for the
rogram.

**mery Reyna ...............................................Pacific Beach Town Council**

mery volunteers as a Pacific Beach Town Council Student Intern. She is
eady for any challenge such as graffiti removal or office responsibilities.
he was the principle leader in the "re-paint the trash receptacles on
Garnet" project during the winter 2016. She graduates in 2017 and the
rganization thanks her for all of her hard work!











Councilmember Lorie Zapf
Second District
City of San Diego
presents this

*Special Commendation*

to

**Josh Pratchard**
*Second Chance Fields*

2017 Outstanding Volunteer Award

In gratitude and recognition for your
dedicated and valuable service to the citizens of
the City of San Diego.

this _22_ day of _April_ _, 2017_

_Lorie Zapf_
Councilmember, Second District