Dan H. Cooper, Bar No. 004900
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

Laura E. Udall, Bar No. 010501
COOPER & UDALL, P.C.
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
ludall@cooperudall.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-18-01256-CKJ-JR |
| Plaintiff, | ) |
| vs. | ) **SENTENCING MEMORANDUM** |
| | ) **SUPPORTING DOCUMENTS** |
| JOSHUA JOEL PRATCHARD, | ) |
| Defendant. | ) |

Josh Pratchard, through counsel, submits the following documents in support of the Sentencing Memorandum (Doc # 74).

1. Exhibit B-     Participation Certificates

   a) Cage Your Rage completed May 30, 2019

   b) Feelings at Corecivic completed November 6, 2018

   c) Discipleship Impact 195 Certificate completed December 18, 2014

RESPECTFULLY SUBMITTED this 20th day of August, 2019.

By s/ *Dan H. Cooper*
Dan H. Cooper

By s/ *Laura E. Udall*
Laura E. Udall

# EXHIBIT

# B

# PROGRAMS DEPARTMENT CORECIVIC

In recognition of your faithful attendance and satisfactory work

Name  PRATCHAED, JOSHUA #12267111

has completed " **CAGE YOUR RAGE** " ON May 30, 2019

Unit Manager  F. Cooper

Date  6/5/19

# CERTIFICATE OF PARTICIPATION

This award is presented to

## Josh Pratchard

In acknowledgement of your work in completing the

**FEELINGS**

At

**CORECIVIC-CAFCC**

On this November 6, 2018

_____
Case Manager

_____
Unit Manager

EQUIPPING·WORLD·CHANGERS





*Go therefore and make disciples of all the nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit*
—Matthew 28:19

## CERTIFICATE OF COMPLETION

This Document Certifies That

**Joshua Pratchard**

has been a student of IMPACT195 in San Diego, California and has completed all studies in this One Year program, and has met all the Theological and Practical Ministry Requirements of this school.

December 18, 2014

_____
IMPACT195 Director

_____
Miles McPherson, Senior Pastor