IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Joshua Joel Pratchard,<br><br>              Defendant. | CR 18-01256-TUC-CKJ (JR)<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on February 8, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the plea agreement entered into by defendant, Joshua Joel Pratchard, ordering the defendant to forfeit:

- 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm"";
- 300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches;
- Two (2) silencers;
- .45 caliber handgun, with markings "SD990809, SD Tactical Pacific Beach, CA 1911 Ultra 45";
- two-hundred sixty-one (261) rounds of .223/5.56 mm ammunition;
- seven-hundred seventy (770) rounds of 7.62 x 35 mm ammunition;
- one-hundred fourteen (114) rounds of .45 caliber ammunition;
- .45 caliber pistol, with markings "SD012916, SD Tactical Pacific Beach, CA,

1  1911 A1";

2  • .300 Blackout caliber AR-15 type, rifle with additional markings "300 Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8 inches;

5  • AR-15 type rifle, .223 caliber;

6  • fifty-one (51) rounds of .45 caliber ammunition;

7  • one-hundred nineteen (119) rounds of 7.62x 35mm ammunition; and

8  • one-hundred forty-nine (149) rounds of .223 caliber ammunition; and

WHEREAS, consecutively from February 13, 2019 through March 14, 2019, notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (*www.forfeiture.gov*) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all right, title and interest in:

- 9mm Luger caliber firearm, bearing markings "SD Tactical, Pacific Beach, CA, AR-9", SD071082, 9mm"";
- 300 Blackout caliber AR-type rifle, no serial number; having a barrel less than 16 inches, that is, approximately 10-7/16 inches;
- Two (2) silencers;
- .45 caliber handgun, with markings "SD990809, SD Tactical Pacific Beach,

CA 1911 Ultra 45";
- two-hundred sixty-one (261) rounds of .223/5.56 mm ammunition;
- seven-hundred seventy (770) rounds of 7.62 x 35 mm ammunition;
- one-hundred fourteen (114) rounds of .45 caliber ammunition;
- .45 caliber pistol, with markings "SD012916, SD Tactical Pacific Beach, CA, 1911 A1";
- .300 Blackout caliber AR-15 type, rifle with additional markings "300 Blackout"; having a barrel less than 16 inches, that is, approximately 10-5/8 inches;
- AR-15 type rifle, .223 caliber;
- fifty-one (51) rounds of .45 caliber ammunition;
- one-hundred nineteen (119) rounds of 7.62x 35mm ammunition; and
- one-hundred forty-nine (149) rounds of .223 caliber ammunition,

is hereby forfeited to and vested in the United States and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED this 27th day of August, 2019.

CINDY K. JORGENSON
United States District Judge

*United States of America v. Joshua Joel Pratchard*
*Final Order of Forfeiture – Page 3 of 3*