**LAW OFFICES OF HENRY JACOBS, PLLC**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**PHN: (520) 792-0091**
**FAX: (520) 792-0471**

Henry Jacobs, Esq.
State Bar No. 023689
hjacobs@jacobsazlaw.com

Attorney for: Joshua Joel Pratchard

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | No. 18-cr-01256-CKJ-JR |
| Plaintiff, | |
| vs. | **FOURTH MOTION TO EXTEND TIME FOR FILING MOTION FOR SENTENCE REDUCTION** |
| **Joshua Joel Pratchard**, | |
| Defendant[s]. | |

COMES NOW the Defendant, by and through the undersigned counsel, and does hereby move this Court for its order extending the time in which to present a Motion for sentence reduction pursuant to 18 USC §3582(c)(1)(A), for the following reasons:

1. The Undersigned counsel was appointed to this matter on December 14th, 2020 (see Docket #90).

2. The court ordered that the undersigned should file a Motion within 30 days of that date, or else state that no motion would be filed. The undersigned has been able to speak briefly with the Defendant, and has obtained some medical records as of this date. Further medical records are required in order to evaluate the Defendant's claim for a sentence reduction.

3. Counsel will need additional time to set up a gather all documents needed to review the case set up a legal call with the defendant and review his case and counsel's findings.

The undersigned therefore requests an extension of 30 days in order to file a Motion pursuant to 18 USC §3582(c)(1)(A). The Government has no objection to this motion.

RESPECTFULLY SUBMITTED this 28th, day of April, 2021.

**LAW OFFICES OF HENRY JACOBS**
PLLC

By  /s/ *Henry L. Jacobs*
Henry L. Jacobs, Esq.
Attorney for Defendant

2